```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                         ---

 4

 5   THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE PRESIDING

 6

 7   ROBERT CONTRERAS,              )
                                    )
 8            Plaintiff,            )
                                    )
 9     vs.                          )  No.  CV 11-01480-SVW
                                    )
10                                  )
     CITY OF LOS ANGELES, JULIO     )
11   BENAVIDES; MARIO FLORES; and   )
     DOES 1 - 10, Inclusive,        )
12                                  )
              Defendants.           )
13   _____)

14

15

16        REPORTER'S PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS

17              LOS ANGELES, CALIFORNIA

18            TUESDAY, JANUARY 31, 2012

19

20                  OPENING STATEMENTS

21

22   _____

23            DEBORAH K. GACKLE, CSR, RPR
              United States Courthouse
24        312 North Spring Street, Room 402A
            Los Angeles, California 90012
25                (213) 620-1149
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   APPEARANCES OF COUNSEL:

 2

 3

 4        For the Plaintiff:

 5

 6            LAW OFFICES OF DALE K. GALIPO
              BY:  DALE K. GALIPO
 7            21800 Burbank Boulevard, Suite 310
              Woodland Hills, California  91367
 8            (818) 347-3333

 9

10            ALSO PRESENT:  RICHARD VASQUEZ, ESQ.

11

12

13        For the Defendants:

14

15            CARMEN A. TRUTANICH
              CITY ATTORNEY
16            BY:  CRAIG J. MILLER
              BY:  GEOFFREY PLOWDEN
17            DEPUTY CITY ATTORNEYS
              City Hall East
18            200 N. Main Street
              Room 600
19            Los Angeles, California
              Craig.miller@lacity.org
20            Geoffrey.plowden@lacity.org
              (213) 978-8722
21

22                          - - - - -

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          LOS ANGELES, CALIFORNIA; TUESDAY, JANUARY 31, 2012;

 2                          11:30 A.M.

 3                     (PARTIAL TRANSCRIPT)

 4                       – – – – –

 5                        (Recess)

 6            (Open Court – Jury Present)

 7          THE COURT:  Members of the jury, we're about to begin

 8    the case.  The court allows each side to make a brief opening

 9    statement.  Just by virtue of the terminology, it's called

10    opening statement, not opening argument.  At this point, there

11    is no evidence, so the purpose of opening statement is to give

12    you sort of an overview of what each side expects to introduce

13    as evidence, but it's not the place to argue what the evidence

14    means.  We have to wait to see the evidence.  And at the end of

15    the case, the lawyers will be allowed to address you again, and

16    that will be called final argument.  At that point, they are

17    allowed to argue because there will be some evidence they will

18    urge you to construe as they see it.

19          With that in mind, I will allow Mr. Galipo to make

20    the opening statement on behalf of his client, Mr. Contreras.

21          MR. GALIPO:  Thank you, Your Honor.

22          Good morning, ladies and gentlemen.  As Judge Wilson

23    just told you, I'm going to try to give you a little bit of an

24    outline about what to expect in terms of the evidence you will

25    hear in this case.  You will hear from witnesses, and you're
```

1    going to have some photographs and things of that nature to

2    look at.

3           This incident happened on September 3rd, 2005, quite

4    sometime ago.  It happened at about 7:30, 7:40 p.m.

5           THE COURT:  Mr. Galipo, I think the reporter is

6    having a little trouble hearing you.  If you just want to sort

7    of get that microphone a little closer to you.

8           MR. GALIPO:  I'll keep my voice up.

9           THE COURT:  Thank you.

10          MR. GALIPO:  It happened about 7:30 or 7:40 p.m.  At

11   that time, the two defendants -- Officer Benavides and Officer

12   Flores -- were driving together in a patrol vehicle working as

13   uniformed officers for the LAPD.  While they were on patrol,

14   they heard shots being fired.  It sounded to them like they

15   were coming from more than one weapon.  They drove in the

16   direction of hearing those shots and were informed by a

17   civilian that the van may have somehow been involved in the

18   shots.  They then followed that van.

19          They called for back up and an airship, which is a

20   helicopter, and at some point, a second unit got in behind

21   them.  That second unit had in it officers Savedra and

22   Ballesteros, those will be the first four witnesses of this

23   trial:  Officer Benavides, Officer Flores, Officer Savedra and

24   Officer Ballesteros.

25          When the second unit got behind the van, they turned

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    on their emergency lights.  And some distance later, maybe

2    about 20 or 30 seconds later, their van pulled into the parking

3    lot of a Jack in the Box.  The Jack in the Box is located at

4    Florence and Broadway.  And you will see some photographs of

5    the Jack in the Box and where the van and the two vehicles

6    behind the van came to a stop.

7            There was a Jack in the Box video that shows, in a

8    not very fluid way -- kind of like a segmented video of the van

9    coming in with the police officers behind the van.  What you

10   see on the video -- and you'll see a few stills from that

11   video, is you see the passenger side door, the sliding door of

12   the van, opening, just prior to the van coming to a complete

13   stop, and you see a leg with a shoe attached to it coming out

14   of the sliding glass door.  And you'll have, at some point, a

15   blowup of that to look at, and you can see the tennis shoe and

16   the pants coming out of the van.

17           And you will see other evidence and hear evidence of

18   what Mr. Contreras was wearing that day.  He was wearing

19   gray -- light-gray sweatpants, a gray matching sweatshirt

20   encased with tennis shoes.  And you will see other photographs

21   of where he finally was shot, which I'll explain in a moment,

22   of his clothing, including the tennis shoes and sweatpants

23   which you will see match the clothing coming out of that van.

24           You will hear evidence that Mr. Contreras ran --

25   panicked and ran from the van.  You will hear his perception

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    and allegation of what happened from that moment, and you will

2    hear the officers'.  The timing, from the time the van came to

3    a stop, to the time the last shots were fired, is about 20 to

4    30 seconds, and you're going to hear what happened during that

5    time frame.  The officers, at least Officer Benavides and

6    Officer Flores, will say that Mr. Contreras got out of the

7    driver's side of the van, not the passenger side.

8    Mr. Contreras says he got out of the passenger side.

9            The officers will say that Mr. Contreras got out with

10   a gun in his hand.  Mr. Contreras will say he did not get out

11   with a gun in his hand.  Officer Flores will say that when

12   Mr. Contreras got out of the van, he had a dark baseball cap on

13   and a bandana covering part of his face.  Officer Benavides

14   will say he didn't have a hat on but had the bandana on over

15   part of his face.  Officer Savedra, who was also involved in

16   pursuing Mr. Contreras, will say he did not have a hat or

17   bandana on as he was running.  Mr. Contreras will say he wasn't

18   wearing that hat or bandana.

19           In any event, he runs, and he runs going -- I'll show

20   you just a few more photos which you'll be able to see later,

21   but this photo is showing part of that parking, and it's facing

22   going eastbound on Florence.  So Mr. Contreras is now running

23   down the sidewalk as fast as he can on the north sidewalk of

24   Florence going eastbound, and you're going to see some pictures

25   along that path going eastbound on Florence.

```
1          And at the end of approximately a block -- we're
2    talking about a football field approximately -- you're going to
3    see a driveway that's just adjacent to where you see the
4    muffler photograph.  Mr. Contreras eventually runs -- takes a
5    left, which would be going north, into that driveway; and you
6    will see other pictures showing what that driveway or alleyway
7    looks like.  The driveway or alleyway, you'll find out, is
8    important because a group of shots happened in that area.
9          As Mr. Contreras is running down -- he was 19 years
10   old at the time -- as he was running down the sidewalk --
11   basically running as fast as he could, he felt, because he was
12   pumping his legs, he felt his cell phone, which he did have a
13   cell phone, and you're going to see pictures also of the cell
14   phone, and you're going to even see the cell phone.  And here's
15   a picture of the cell phone, and you will actually see the cell
16   phone.  He had the cell phone in his right pocket of his gray
17   sweatpants, and from pumping his legs as he is running, he felt
18   the cell phone starting to come up some, and he at some point
19   reached into his pocket to hold that cell phone in place and
20   put it back in his pocket.  He did that as he is running down
21   the sidewalk.
22         At about that time -- and he heard no warning prior
23   to that -- he heard a shot or shots and felt an immediate
24   impact to the back of his left ankle.  And that's where the
25   first shot struck him.  The first shot and all the shots on the
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    sidewalk were fired by Officer Benavides.  Officer Benavides

2    was the first in the pursuit, and you'll hear about his

3    position.  Officer Flores was behind him with his gun pointed

4    towards the ground, never fired on the sidewalk, and Officer

5    Savedra was behind both of them.  Officer Savedra never fired

6    on the sidewalk, and you will hear from Officer Savedra that he

7    never saw Mr. Contreras with a gun in his hand turning towards

8    the officers with a gun in his hand as he was running down the

9    sidewalk.  The reason Officer Benavides will tell you he fired

10   as he was running away from him on the sidewalk is because

11   Officer Benavides will say he had a gun, turned to his left,

12   pointed in the direction of Officer Benavides.  Then we get to

13   the alley.

14        After Mr. Contreras is struck in the back of the left

15   ankle, he is now skipping, limping into the alley, gets about

16   halfway into the alley, and you'll see from the photos and hear

17   from other evidence it's not a very long alley.  You'll see it

18   was gated at the other end and locked.  There was some type of

19   a trash dumpster in the alley.

20        But Mr. Contreras, upon getting in the alley, is now

21   feeling his left leg starting to go cold and numb as a result

22   of the gunshot to his leg.  He starts reaching down and

23   stopping -- and he will explain to you -- grabbing his left leg

24   in the area of his knees with both of his hands with his back

25   to the mouth of the alley.  It was at that point that he heard

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    four more shots ring out without any warning and was struck

2    multiple times in the back, including the center of the spine,

3    at the area of C-7 to T-1, T-2, and some other areas in the

4    center of his spine.  The locations of the gunshot wounds --

5    you will hear evidence through medical records, through

6    photographs and through Mr. Contreras's testimony as to where

7    he was struck in the back because he still has scars in those

8    areas to this day.  Mr. Contreras immediately went down and

9    felt his whole body lose sensation and feeling from his neck

10   down as a result of those shots in the alley.

11          Now, the officers will have a different version of

12   what happened, and you're going to hear both sides.  The

13   officers will say that when they got to the mouth of the alley,

14   Mr. Contreras turned, was facing them, face to face as I'm

15   facing you now, had a gun in his hand and was pointing the gun

16   at them.  It was at that time that the officers will say that

17   they each fired a couple of shots at Mr. Contreras.

18          Mr. Contreras was then approached.  According to

19   Officer Flores, he never lost sight of him and almost

20   immediately after he was shot, he approached him with Officer

21   Benavides and Officer Savedra, who was the third officer, came

22   up as well.  They looked on Mr. Contreras, around

23   Mr. Contreras.  The evidence will be, ladies and gentlemen,

24   there was no gun on him, no gun in his hand, and no gun

25   anywhere in the alley.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1          As a result of the investigation, they checked the

2     sidewalk area, the businesses, the roof top, everywhere.  There

3     was no gun found.

4          Mr. Contreras has recollections as to what was done

5     at the time after the shooting, some of which was one of the

6     officers reached into his right pocket where his cell phone was

7     at the time of those last group of shots and took the cell

8     phone out of his pocket at some point.  He is not sure what

9     happened to it afterwards.  There's some suggestion, you'll

10    hear through the evidence, that it may have been kicked by a

11    paramedic.  You'll have to listen to that evidence and decide.

12         Now, you'll hear training from the officers that they

13    have with respect to when they can use deadly force, and you'll

14    hear the acronym IDOL.  It stands for Immediate Defense Of

15    Life.  These officers will tell you that, based on their

16    training, they can only use deadly force in immediate defense

17    of life situation, and they have to justify each and every shot

18    and give a warning when feasible.  The officers will also tell

19    you that based on their training, if Mr. Contreras had his back

20    to them when they shot him, that would not be an IDOL

21    situation.  So you're going to listen to the testimony and

22    decide.

23         After calling the four officers to hear their

24    versions of what occurred, we're going to call a paramedic;

25    we're trying to get one of the doctors here to talk about the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    areas of the gunshot wounds.  You'll hear from Mr. Contreras,

2    perhaps a detective or two and perhaps a police practice

3    expert.

4           At the end of the case, we're going to be asking you

5    for a finding that both Officer Benavides and Officer Flores

6    used excessive force -- in this case, deadly force, by shooting

7    Mr. Contreras in the back when he was unarmed, without warning.

8    Thank you very much.

9           THE COURT:  Do the defendants wish to make an opening

10   statement?

11          MR. MILLER:  With the court's permission, yes.

12          THE COURT:  Mr. Miller.

13          MR. MILLER:  I expect the facts in this matter will

14   show the plaintiff, Mr. Contreras, a felon, could have, should

15   have, stopped his drug-fueled sprint through South Los Angeles

16   on September 3rd, 2005.  If he had stopped, shown his hands at

17   any time, the events would not have happened and we wouldn't be

18   here.

19          MR. GALIPO:  I apologize.  Improper argument.

20          THE COURT:  It sounds that it is.  I'll sustain the

21   objection.

22          MR. MILLER:  The testimony will establish that out of

23   Mr. Contreras's mouth, that he says he continued to run even

24   after knowing he was shot because he didn't want to be hassled

25   by the cops.  So how did all this start?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          Several gunshots, gunshot blasts are heard south of
 2    officers' location.  LAPD officers Julio Benavides and Mario
 3    Flores -- then with approximately ten years and five years of
 4    experience on the job respectively, immediately responded from
 5    their location at 60th and Broadway in Newton Division of
 6    Los Angeles.
 7          We'll be becoming familiar with these maps, with
 8    relevant areas being 60th Street, Broadway, one street to the
 9    east is Main, and the Jack in the Box ultimately at Florence
10    and Broadway.  The officers go towards the shots.  They see
11    people ducking and moving.  They make a left onto 61st Street
12    and several persons in an excited and -- fashion and start
13    speaking in Spanish, saying, The van, the van, the shots are
14    coming from the van.  The officers see a van.  There's only one
15    van on the street.  They commence what is called a following.
16          As I indicated, I'm deputy city attorney Craig
17    Miller, along with Jeff Plowden.  We represent Officer Julio
18    Benavides and Mario Flores, who are being sued for allegedly
19    using excessive force.  Opening statement is kind of like
20    looking at the menu; it's a preview of what you expect.  You
21    know what you think you would expect having heard a menu or see
22    the end result, but this case unfolds starting at 7:30 to
23    7:40 on September 3rd, 2005.  It has to be viewed from that
24    perspective as these facts emerge rather than what the end
25    result is.
```

1          What the opening statement lets you know is what we

2    expect the evidence to hear, and that's what I will try and do

3    at this point.  The parties to this trial are Robert Contreras.

4    He'll tell you that he had recently graduated high -- from a

5    high school that he can't remember the name.

6          MR. GALIPO:  Your Honor -- I apologize, Your Honor.

7    I think that goes to the damage issue.

8          THE COURT:  I think you're right.

9          MR. MILLER:  He will tell you that he was at his play

10   cousins' or a cousin's house of some kind, and that he was

11   getting high on a drug called primos, a mixture of marijuana

12   and cocaine.  He called a friend named Edward de la Cruz to

13   pick him up.  The defendants are Julio Benavides, who at that

14   time was a police officer III and is now a homicide detective

15   for the City of Los Angeles.  The other defendant is Mario

16   Flores, a police officer rank II, for the City of Los Angeles,

17   who continues on patrol.

18          As I indicated, we're going to become familiar with a

19   certain location starting at 60th street, going down to 61st,

20   which is the next street.  We go across 61st to Main.  We'll

21   come down Main Street, and there are radio broadcasts as all

22   this occurs.  The officers are saying what they observed, and

23   that they are observing a greenish-gray Nissan Quest van that

24   they have just been told is involved in an assault with a

25   deadly weapon, a potential attempted-murder situation.  The

          UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    officers will tell you based on their training and experience

2    that this part of South Los Angeles is economically depressed,

3    it's gang-ridden by a major Crip gang that is often involved in

4    feuds and rivals.  And when they hear gunshots, a van driving

5    away, the excited utterances, they think a drive-by shooting

6    has just been committed by a rival gang and start acting

7    accordingly.

8            They don't instantly light up the van because they

9    need backup because of the dangerousness of the situation.

10   They get the backup at approximately -- maybe it's easier if I

11   do it this way -- at 64th and Broadway, when Officer Savedra

12   and Ballesteros join.

13           At that point, the vehicle -- you'll hear the radio

14   dispatch -- continues southbound at a slightly higher rate of

15   speed than it had been going.  You can hear the sirens of

16   Officer Benavides and Officer Flores's unit.  You are going to

17   get the context of this case that as one goes south, the

18   numbered streets get larger.  Generally, the numbered streets

19   run east-west except for Florence, which is where 72nd Street

20   would be.  The named streets generally run north-south.

21           In terms of instrumentalities in this case, you're

22   going to hear and learn about an officer's training and

23   experience which reasonably led them to make conclusions about

24   what they were likely to encounter based on the facts given to

25   them.  This training and experience is largely in place, you'll

1    hear, to keep the officers and suspects safe.  We'll hear a bit

2    about firearms, we'll hear about police following pursuits,

3    radio codes and communications.  This will establish the

4    timeline that it is approximately three minutes from the call

5    of AWD just occurred and the following to the code six in the

6    alley for investigation.

7            You will also hear from Mr. Contreras that his

8    sprint, as fast as he could from the Jack in the Box, across to

9    227 West Florence, took 10 to 13 seconds from the time he got

10   out of the car until he was shot.  The officers estimate that

11   that was about 20, but the distance is approximately 100 yards,

12   with a lot of things happening in that time.

13           You will also hear that officers are trained to react

14   to a situation as presented to them by the suspect.  Basically,

15   they'll tell you the suspect's actions drive an incident.  The

16   officers will tell you they are trained that they can use

17   reasonable force to overcome resistance, prevent escape, make

18   an arrest.  In this case, they were trying to make an arrest to

19   prevent escape.

20           You will hear that the officers' expectations about

21   what they are likely to encounter in a foot pursuit if they

22   believe the suspect has just committed or been part of an

23   assault with a deadly weapon in a drive-by shooting.  They

24   expect, unfortunately, a potentially violent, if not deadly,

25   confrontation from an escaping felon.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          The date of the incident is September 3rd, 2005,

 2   around 7:30.  It's a later summer day with generally

 3   unremarkable weather.  The incident started around dusk or

 4   twilight.  The sun was setting rapidly.  From the time of

 5   hearing the shots to the shooting of Mr. Contreras on the last

 6   occasion, you will hear that the sun seemed to dim a lot in

 7   that last three minutes.

 8          The issue for you to decide in this case, based on

 9   the facts as we expect them to come out, will be did plaintiff

10   prove the officers acted unreasonably under the circumstance.

11          MR. GALIPO:  Your Honor, I think that is improper as

12   to what the claims are, what I have to prove, for opening

13   statement.

14          THE COURT:  Well, I think you're right, again.  I

15   think that we shouldn't get into legal questions.  It should

16   just be overview of what the witnesses will say or what the

17   other evidence will be.

18          MR. MILLER:  Thank you, Your Honor.

19          THE COURT:  I sustained your objection.

20          MR. MILLER:  So the circumstances you are going to

21   hear as they unfolded at the time are when the officers

22   proceeded onto 61st, they commenced the following:  Following

23   the only van that the citizens had identified as being in the

24   area and the shots had come from.  They get the additional

25   unit.  They continue south on 64th and Broadway, which is a
```

1    left turn.  Officer Benavides is driving a marked black and

2    white car in full uniform.  He hits the lights and sirens at

3    about 64th and Broadway.  He has the police unit backing them

4    that is also a black and white with uniformed officers.  The

5    second unit doesn't have a light bar, but it has a

6    forward-facing red light.  The chase goes approximately eight

7    blocks.  Suddenly and unexpectedly, there's the left turn into

8    the Jack in the Box.

9         The Officer Benavides doesn't see anyone getting out

10   of the passenger side; he is focused on the driver's side.

11   Officer Flores sees two people get out of the passenger side of

12   the van.  At no time during this vehicle chase did the vehicle

13   stop.  Plaintiff will tell you he knew the police were behind

14   them.  He will claim that he was asking the van to stop, but

15   nobody in the vehicle stopped.  No one is observed throwing out

16   any weapons, discarding any evidence during this pursuit.

17        When the van makes the left turn, people get out.

18   The officers stop their vehicle.  Officer Benavides sees the

19   driver, plaintiff Robert Contreras, has a gun in his hand in

20   the driveway.  The suspect is wearing a blue bandana across his

21   face, a dark-blue bandana.  Officer Benavides will tell you he

22   did not have a chance to draw his weapon as Mr. Contreras

23   turned in his direction upon getting out of the van.  Plaintiff

24   takes off running to the southeast.  That's towards 227 West

25   Florence.

1    Officer Benavides, as he is getting out of the

2    vehicle, will tell you he is unholstering his gun because he

3    believes this may escalate into a deadly force situation based

4    on everything known to him at that time.

5    During the foot pursuit, he is yelling repeatedly,

6    Stop, stop, police; drop the gun.  Even at end he is saying

7    that.  Officer Flores will tell you he is getting out of the

8    car.  He sees two persons exit the passenger side and he sees

9    the driver.  He sees Robert Contreras by the driver's door.

10   Says Contreras has a gun in his hand.  It is a blue steel gun,

11   which is really a charcoal-gray or black.  Officer Flores also

12   begins a foot pursuit, and he pulls his firearm believing it

13   will escalate into a deadly force situation.  He sees that

14   Mr. Contreras is wearing a bandana and a baseball hat lowered

15   on his head.  He pursues.  At some time during the pursuit, he

16   yells, Stop, stop, police.  You will also hear from Officer

17   Savedra and his viewpoint that after he saw Contreras exit the

18   driver's door with a gun, he temporarily lost sight of

19   Mr. Contreras, and that he is following some distance back from

20   the officers; that he did not have a shot at Mr. Contreras; he

21   did not see Mr. Contreras turning anything other than his head

22   after he initially saw him.

23   Plaintiff then intends to call Officer Ballesteros,

24   who will say that he saw suspect exit the van and go west.  As

25   Mr. Contreras is running east on Florence, according to the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    officers, he looks like on two occasions.  He is turning,

2    according to the officers, in a counterclockwise direction so

3    he is facing east, he is turning north, coming back to the

4    west.  His right hand, you will hear, according to the

5    officers, is coming under his left, and he's turning and

6    twisting back at him -- at the officers.  Officer Benavides is

7    then in the lead.  The first time he says that, he fires two

8    rounds.  Those rounds have no apparent affect.  A few seconds

9    later, and a short distance, again, Mr. Contreras turns from

10   running east, counterclockwise, bringing his arm under -- his

11   right arm under, showing the firearm to the officers.  Officer

12   Benavides fires another two rounds.  From Officer Benavides's

13   perspective, he doesn't know if they have any effect.

14           Mr. Contreras will tell you he knew he was hit; he

15   wasn't going to give up; he continued to skip, run, jaunt as

16   fast as he could because he was trying to get to a place of

17   safety.  You will hear Mr. Contreras say, I knew nobody in the

18   area; I was just going to run.  Coincidentally, you will also

19   hear from Mr. Contreras that as he was running, the -- he has a

20   cell phone in his pocket.  The cell phone is coming out of his

21   pocket, and he says he grabs it in part and pushed it back in.

22   This is Exhibit 309.  The cell phone.  The color of it, as the

23   officers will testify, is roughly blue steel.  You'll be able

24   to see it's dimensions, it's length, approximately

25   four-and-a-half, five inches.  It's width, an inch and a half,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    it may be two inches as tapered with a short antenna.  The

2    officer will tell you they never saw a cell phone in his hand,

3    but that they saw a gun -- that under the circumstances, they

4    believed he had a gun.

5         So Mr. Contreras continues to run.  He is out of the

6    officers' sight for a matter of somewhere between two to five

7    seconds, when he gets into this alley at 227.  At 227 the

8    officers slow down because they don't know exactly where

9    Mr. Contreras is.  Officer Benavides will tell you that he

10   paused for a second and started doing something called pieing,

11   trying to give more time and space so that he could clear the

12   alley to see if anybody was down there.

13        As Officer Benavides is pieing the alley, he is

14   surprised he sees Mr. Contreras there.  Officer Benavides has

15   his flashlight in his left; his handgun in his right.  He

16   lights up Mr. Contreras.  Mr. Contreras turns towards Officer

17   Benavides.  Officer Benavides is further east.  He is to the

18   right of Officer Flores.  He sees Mr. Contreras come around,

19   rotating his upper body at him.  Officer Benavides fires two

20   shots at that point.  Mr. Contreras goes down.  Mr. Contreras

21   admits he turned or twisted with the shots.

22        Officer Flores will tell you he is to west --

23   somewhat to the west and a little in front of Officer

24   Benavides.  What he sees when he is trailing across the area

25   that Officer Flores and Officer Benavides has cleared, is he

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    sees the left side of Mr. Contreras.  That he sees the rib cage

2    area.  He sees in his right hand what he believes to be a gun.

3    He fires because he believes that Mr. Contreras is going to use

4    that gun and fire at him.  He fires two shots.  The officers

5    will tell you they fired two shots because that stopped the

6    threat.

7            They will tell you where they were aiming and that,

8    unfortunately, the bullets didn't hit where they were aiming.

9    The officers will tell you, from their surprise, they had a

10   slight lag from seeing him to being able to draw their gun and

11   fire.

12           At that point, you will hear that other officers

13   responded.  You will hear the radio broadcast in which you'll

14   hear Officer Benavides testify here, you'll hear his voice

15   about what he was asking for:  Additional units.  The officers

16   don't agree on every point in every sequence, and other people

17   also don't agree.  Everyone had their perspective and their

18   memory of the time of what occurred.  You will hear from a

19   Sergeant Morales who is the first supervisor on the scene who

20   came some two minutes after the incident.  She saw, when she

21   approached, the cell phone by Mr. Contreras's side.  She, at

22   first, will tell you she thought there may be a gun.  There was

23   a dark object next to him.  When she finally got close enough,

24   she saw that it was a cell phone.  She then watched as the

25   paramedics came.  The paramedics came when called and kicked

1    the cell phone, and you will see it in the place that it is

2    photographed.

3              The paramedics, under normal circumstances, would cut

4    off a bandana, not care if somebody was wearing a hat.  They

5    would be tossed aside.  You will hear that Mr. Contreras was

6    also hit under the arm, under his armpit, called the

7    mid-axillary area, with a bullet.  The path and direction of it

8    by the doctors is unknown.  It exited somewhere on his back

9    side.  He also had another shot on his hip side area.  That

10   is -- came out towards his buttock area.  The medical

11   professional will tell you he cannot say which way it came in,

12   which way it exited.

13             You will hear at all times in this case that the

14   officers were forced to make a series of split-second life or

15   death decisions in their mind.  How that -- this compared with

16   their training and that they believed at all times when

17   Mr. Contreras was turning, that he had a gun, that he presented

18   an immediate defense of life situation to them.

19             Plaintiff will undoubtedly deny that he had a gun

20   that evening and that he was no threat.  You will be able to

21   hear the reasonableness of the facts that led the officers to

22   believe he was a threat under the circumstances.

23             Based on the totality of the circumstances, the facts

24   as I expect them that you will hear, I believe the evidence

25   will establish, and for no reason other than the evidence

1  establishes, you will be able to make a defense verdict.  The

2  facts will show who caused this incident.

3          THE COURT:  Okay.  Let's take the lunch recess.  It's

4  now 12.  Let's come back promptly at 1:00.  In other words, I'm

5  trying hard to do what I said:  maximize your time.  So I can't

6  begin until you are all here.  Come back at three or four to

7  1:00.  And then we'll go right to 5:00.  Have the witness on

8  the stand who is going to be next.  We're going to keep things

9  going.  Have a nice lunch.

10          (Proceedings concluded at 12:00 p.m.)

11                  - - - - -

12

13              C E R T I F I C A T E

14

15          I hereby certify that the foregoing is a true and

16  correct transcript from the stenographic record of

17  the proceedings in the foregoing matter.

18                                    April 3, 2012

19  /S/_____          _____

20      Deborah K. Gackle                        Date
        Official Court Reporter
21      CSR No. 7106

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

/

/S [1]  23/19

**1**

10 [2]  1/11 15/9
100 yards [1]  15/11
11-01480-SVW [1]  1/9
1149 [1]  1/25
11:30 A.M [1]  3/2
12 [1]  23/4
12:00 [1]  23/10
13 [1]  15/9
19 [1]  7/9
1:00 [2]  23/4 23/7

**2**

20 [3]  5/2 6/3 15/11
200 [1]  2/18
2005 [4]  4/3 11/16 12/23 16/1
2012 [3]  1/18 3/1 23/18
213 [2]  1/25 2/20
21800 [1]  2/7
227 [4]  15/9 17/24 20/7 20/7

**3**

30 [2]  5/2 6/4
309 [1]  19/22
31 [2]  1/18 3/1
310 [1]  2/7
312 [1]  1/24
3333 [1]  2/8
347-3333 [1]  2/8
3rd [4]  4/3 11/16 12/23 16/1

**4**

402A [1]  1/24

**5**

5:00 [1]  23/7

**6**

600 [1]  2/18
60th and [1]  12/5
60th Street [2]  12/8 13/19
61st [4]  12/11 13/19 13/20 16/22
620-1149 [1]  1/25
64th [3]  14/11 16/25 17/3

**7**

7106 [1]  23/21
72nd [1]  14/19
7:30 [4]  4/4 4/10 12/22 16/2
7:40 on [1]  12/23
7:40 p.m [2]  4/4 4/10

**8**

818 [1]  2/8
8722 [1]  2/20

**9**

90012 [1]  1/24
91367 [1]  2/7
978-8722 [1]  2/20

**A**

A.M [1]  3/2
able [5]  6/20 19/23 21/10 22/20 23/1
about [19]  3/7 3/24 4/4 4/10 5/2 6/3 7/2 7/22 8/2 8/15 10/25 14/22 14/23 15/2 15/2 15/11 15/20 17/3 21/15
according [4]  9/18 18/25 19/2 19/4
accordingly [1]  14/7
acronym [1]  10/14

across [4]  13/20 15/8 17/20 20/24
acting [1]  14/6
actions [1]  15/15
actually [1]  7/15
additional [2]  16/24 21/15
address [1]  3/15
adjacent [1]  7/3
admits [1]  20/21
affect [1]  19/8
after [8]  8/14 9/20 10/5 10/23 11/24 18/17 18/22 21/20
afterwards [1]  10/9
again [3]  3/15 16/14 19/9
ago [1]  4/4
agree [2]  21/16 21/17
aiming [2]  21/7 21/8
airship [1]  4/19
all [6]  7/25 11/25 13/21 22/13 22/16 23/6
allegation [1]  6/1
allegedly [1]  12/18
alley [14]  8/13 8/15 8/16 8/17 8/19 8/20 8/25 9/10 9/13 9/25 15/6 20/7 20/12 20/13
alleyway [2]  7/6 7/7
allow [1]  3/19
allowed [2]  3/15 3/17
allows [1]  3/8
almost [1]  9/19
along [2]  6/25 12/17
also [13]  2/10 6/15 7/13 10/18 15/7 15/13 17/4 18/11 18/16 19/18 21/17 22/6 22/9
ANGELES [10]  1/10 1/17 1/24 2/19 3/1 11/15 12/6 13/15 13/16 14/2
ankle [2]  7/24 8/15
another [2]  19/12 22/9
antenna [1]  20/1
any [6]  6/19 9/1 17/17 17/16 17/16 19/13
anybody [1]  20/12
anyone [1]  17/9
anything [1]  18/21
anywhere [1]  9/25
apologize [2]  11/19 13/6
apparent [1]  19/8
APPEARANCES [1]  2/1
approached [3]  9/18 9/20 21/21
approximately [8]  7/1 7/2 12/3 14/10 15/4 15/11 17/6 19/24
April [1]  23/18
are [17]  3/16 12/1 12/13 12/18 13/3 13/13 13/21 13/22 13/23 14/16 15/13 15/16 15/21 16/12 16/20 16/21 23/6
area [11]  7/8 8/24 9/3 10/2 16/24 19/18 20/24 21/2 22/7 22/9 22/10
areas [4]  9/3 9/8 11/1 12/8
argue [2]  3/13 3/17
argument [3]  3/10 3/16 11/19
arm [3]  19/10 19/11 22/6
armpit [1]  22/6
around [4]  9/22 16/2 16/3 20/18
arrest [2]  15/18 15/18
as [45]
aside [1]  22/5
asking [3]  11/4 17/14 21/15
assault [2]  13/24 15/23
at [59]
attached [1]  5/13
attempted [1]  13/25
attempted-murder [1]  13/25
attorneys [2]  2/15 12/16
ATTORNEYS [1]  2/17
away [2]  8/10 14/5
AWD [1]  15/5
axillary [1]  22/7

**B**

back [16]  4/19 7/20 7/24 8/14 8/24 9/2 9/7 10/19 11/7 18/19 19/3 19/6 19/21 22/8 23/4 23/6
backing [1]  17/3
backup [2]  14/9 14/10
Ballesteros [4]  4/22 4/24 14/12 18/23
bandana [6]  6/13 6/14 6/17 6/18 17/20 17/21 18/14 22/4
bar [1]  17/5
baseball [2]  6/12 18/14
based [7]  10/15 10/19 14/1 14/24 16/8 18/3 22/23
basically [2]  7/11 15/14
be [25]
because [13]  3/17 7/8 7/11 8/10 9/7 11/24 14/8 14/9 18/2 19/16 20/8 21/3 21/5
become [1]  13/18
becoming [1]  12/7
been [6]  4/17 10/10 13/24 14/6 14/15 15/22
begin [2]  3/7 23/6
begins [1]  18/12
behalf [1]  3/20
behind [7]  4/20 4/25 5/6 5/9 8/3 8/5 17/13
being [5]  4/14 12/8 12/18 16/23 21/10
believe [3]  15/22 22/22 22/24
believed [2]  20/4 22/16
believes [3]  18/3 21/2 21/3
believing [1]  18/12
BENAVIDES [32]
Benavides's [1]  19/12
between [1]  20/6
bit [2]  3/23 15/1
black [3]  17/1 17/4 18/11
blasts [1]  12/1
block [1]  7/1
blocks [1]  17/7
blowup [1]  5/15
blue [4]  17/20 17/21 18/10 19/23
body [2]  9/9 20/19
both [4]  8/5 8/24 9/12 11/5
Boulevard [1]  2/7
Box [7]  5/3 5/3 5/5 5/7 12/9 15/8 17/8
brief [1]  3/8
bringing [1]  19/10
broadcast [1]  21/13
broadcasts [1]  13/21
Broadway [7]  5/4 12/5 12/8 12/10 14/11 16/25 17/3
bullet [1]  22/7
bullets [1]  21/8
Burbank [1]  2/7
businesses [1]  10/2
but [9]  3/13 6/14 6/21 8/20 12/22 15/11 17/5 17/14 20/3
buttock [1]  22/10

**C**

C-7 [1]  9/3
cage [1]  21/1
CALIFORNIA [6]  1/2 1/17 1/24 2/7 2/19 3/1
call [3]  10/24 15/4 18/23
called [9]  3/9 3/16 4/19 12/15 13/11 13/12 20/10 21/25 22/6
calling [1]  10/23
came [8]  5/6 6/2 9/21 21/20 21/25 21/25 22/10 22/11
can [6]  5/15 6/23 10/13 10/16 14/15 15/16
can't [2]  13/5 23/5
cannot [2]  22/11
cap [1]  6/12
car [3]  15/10 17/2 18/8

## C

care [1] 22/4
CARMEN [1] 2/15
case [11] 3/8 3/15 3/25 11/4 11/6 12/22 14/17 14/21 15/18 16/8 22/13
caused [1] 23/2
cell [18] 7/12 7/13 7/13 7/14 7/15 7/15 7/16 7/18 7/19 10/6 10/7 19/20 19/20 19/22 20/2 21/21 21/24 22/1
center [2] 9/2 9/4
CENTRAL [1] 1/2
certain [1] 13/19
certify [1] 23/15
chance [1] 17/22
charcoal [1] 18/11
charcoal-gray [1] 18/11
chase [2] 17/6 17/12
checked [1] 10/1
circumstance [1] 16/10
circumstances [5] 16/20 20/3 22/3 22/22 22/23
citizens [1] 16/23
city [7] 1/10 2/15 2/17 2/17 12/16 13/15 13/16
civilian [1] 4/17
claim [1] 17/14
claims [1] 16/12
clear [1] 20/11
cleared [1] 20/25
client [1] 3/20
close [1] 21/23
closer [1] 4/7
clothing [2] 5/22 5/23
cocaine [1] 13/12
code [1] 15/5
codes [1] 15/5
Coincidentally [1] 19/18
cold [1] 8/21
color [1] 19/22
come [7] 7/18 13/21 16/9 16/24 20/18 23/4 23/6
coming [10] 4/15 5/9 5/12 5/13 5/16 5/23 12/14 19/3 19/5 19/20
commence [1] 12/15
commenced [1] 16/22
committed [2] 14/6 15/22
communications [1] 15/3
compared [1] 22/15
complete [1] 5/12
concluded [1] 23/10
conclusions [1] 14/23
confrontation [1] 15/25
construe [1] 3/18
context [1] 14/17
continue [1] 16/25
continued [2] 11/23 19/15
continues [3] 13/17 14/14 20/5
CONTRERAS [57]
Contreras's [3] 9/6 11/23 21/21
cops [1] 11/25
correct [1] 23/16
could [5] 7/11 11/14 15/8 19/16 20/11
COUNSEL [1] 3/2
counterclockwise [2] 19/2 19/10
couple [1] 9/17
court [4] 1/1 3/6 3/8 23/20
court's [1] 11/11
Courthouse [1] 1/23
cousin's [1] 13/10
cousins' [1] 13/10
covering [1] 6/13
CRAIG [3] 2/16 12/16

Craig.miller [2] 2/19
Craig.miller [1]
Cruz [1] 13/14
CSR [2] 1/23 23/21
cut [1] 22/3
CV [1] 1/9

## D

DALE [2] 2/6 2/6
damage [1] 13/7
dangerousness [1] 14/9
dark [5] 6/12 17/21 21/23
dark-blue [1] 17/21
date [2] 16/1 23/20
day [3] 5/18 9/18 16/2
de [1] 13/12
deadly [8] 10/13 10/16 11/6 13/25 15/23 15/24 18/3 18/13
death [1] 22/15
DEBORAH [2] 1/23 23/20
decide [3] 10/11 10/22 16/8
decisions [1] 22/15
defendant [1] 13/15
defendants [5] 1/12 2/13 4/11 11/9 13/13
defense [4] 10/14 10/16 22/18 23/1
deny [1] 22/19
depressed [1] 14/2
deputy [2] 2/17 12/16
detective [2] 11/2 13/14
did [10] 6/10 6/16 7/12 7/20 11/25 16/9 17/12 17/22 18/20 18/21
didn't [3] 6/14 11/24 21/8
different [1] 9/7
dim [1] 16/6
dimensions [1] 19/24
direction [5] 4/16 8/12 17/23 19/2 22/7
discarding [1] 17/16
dispatch [1] 14/14
distance [4] 5/1 15/11 18/19 19/9
DISTRICT [3] 1/1 1/2 1/5
Division [1] 12/5
do [4] 11/9 13/2 14/11 23/5
doctors [2] 10/25 22/8
DOES [1] 1/11
doesn't [3] 17/5 17/9 19/13
doing [1] 20/10
don't [4] 14/8 20/8 21/16 21/17
done [1] 10/4
door [5] 5/11 5/11 5/14 18/9 18/18
down [13] 6/23 7/9 7/10 7/20 8/8 8/22 9/8 9/10 13/19 13/21 20/8 20/12 20/20
draw [1] 17/22 21/10
drive [3] 14/5 15/15 15/23
drive-by [2] 14/5 15/23
driver [2] 17/19 18/9
driver's [4] 6/7 17/10 18/9 18/18
driveway [5] 7/3 7/5 7/6 7/7 17/20
driving [3] 4/12 14/4 17/1
drop [1] 18/6
drove [1] 4/15
drug [2] 11/15 13/11
drug-fueled [1] 11/15
ducking [1] 12/11
dumpster [1] 8/19
during [5] 6/4 17/12 17/16 18/5 18/15
dusk [1] 16/3

## E

each [4] 3/8 3/12 9/17 10/17
easier [1] 14/10
east [7] 2/17 12/9 14/19 18/25 19/3 19/10 20/17
east-west [1] 14/19

eastbound [3] 6/22 6/24 6/25
eastbound [1]
Edward [1] 13/12
effect [1] 19/13
eight [1] 17/6
emerge [1] 12/24
emergency [1] 5/1
encased [1] 5/20
encounter [2] 14/24 15/21
end [7] 3/14 7/1 8/18 11/4 12/22 12/24 18/6
enough [1] 21/23
escalate [2] 18/3 18/13
escape [2] 15/17 15/19
escaping [1] 15/25
ESQ [1] 2/10
establish [3] 11/22 15/3 22/25
establishes [1] 23/1
estimate [1] 15/10
even [3] 7/14 11/23 18/6
evening [1] 22/20
event [1] 6/19
events [1] 11/17
eventually [1] 7/4
every [3] 10/17 21/16 21/16
Everyone [1] 21/17
everything [1] 18/4
everywhere [1] 10/2
evidence [19] 3/11 3/13 3/13 3/14 3/17 3/24 5/17 5/17 5/24 8/17 9/5 9/23 10/10 10/11 13/2 16/17 17/16 22/24 22/25
exactly [1] 20/8
except [1] 14/19
excessive [2] 11/6 12/19
excited [2] 12/12 14/5
Exhibit [1] 19/22
exit [3] 18/8 18/17 18/24
exited [2] 22/8 22/12
expect [8] 3/24 11/13 12/20 12/21 13/2 15/24 16/9 22/24
expectations [1] 15/20
expects [1] 3/12
experience [4] 12/4 14/1 14/23 14/25
expert [1] 11/3
explain [2] 5/21 8/23

## F

face [5] 6/13 6/15 9/14 9/14 17/21
facing [5] 6/21 9/14 9/15 17/6 19/3
facts [7] 11/13 12/24 14/24 16/9 22/21 22/23 23/2
familiar [2] 12/7 13/18
fashion [1] 12/12
fast [4] 6/23 7/11 15/8 19/16
feasible [1] 10/18
feeling [2] 8/21 9/9
felon [2] 11/14 15/25
felt [5] 7/11 7/12 7/17 7/23 9/9
feuds [1] 14/4
few [3] 5/10 6/20 19/8
field [1] 7/2
final [1] 3/16
finally [2] 5/21 21/23
find [1] 7/7
finding [1] 11/5
fire [2] 21/4 21/11
firearm [2] 18/12 19/11
firearms [1] 15/2
fired [8] 4/14 6/3 8/1 8/4 8/5 8/9 9/17 21/5
fires [5] 19/7 19/12 20/19 21/3 21/4
first [7] 4/22 7/25 7/25 8/2 19/7 21/19 21/22
five [3] 12/3 19/25 20/6
five inches [1] 19/25
flashlight [1] 20/15

## F

Florence [9] 5/4 6/22 6/24 6/25 12/9 14/19 15/9 17/25 18/25
FLORES [17] 1/11 4/12 4/23 6/6 6/11 8/3 9/19 11/5 12/3 12/18 13/16 17/11 18/7 18/11 20/18 20/22 20/25
Flores's [1] 14/16
fluid [1] 5/8
focused [1] 17/10
followed [1] 4/18
following [6] 12/15 15/2 15/5 16/22 16/22 18/19
foot [3] 15/21 18/5 18/12
football [1] 7/2
force [8] 10/13 10/16 11/6 11/6 12/19 15/17 18/3 18/13
forced [1] 22/14
foregoing [2] 23/15 23/17
forward [1] 17/6
forward-facing [1] 17/6
found [1] 10/3
four [5] 4/22 9/1 10/23 19/25 23/6
four-and-a-half [1] 19/25
frame [1] 6/5
friend [1] 13/12
front [1] 20/23
fueled [1] 11/15
full [1] 17/2
further [1] 20/17

## G

GACKLE [2] 1/23 23/20
GALIPO [4] 2/6 2/6 3/19 4/5
gang [3] 14/3 14/3 14/6
gang-ridden [1] 14/3
gated [1] 8/18
generally [3] 14/18 14/20 16/2
gentlemen [2] 3/22 9/23
GEOFFREY [1] 2/16
Geoffrey.plowden [1] 2/20
get [12] 4/7 6/10 8/12 10/25 14/10 14/17 14/18 16/15 16/24 17/11 17/17 19/16
gets [2] 8/15 20/7
getting [6] 8/20 13/11 17/9 17/23 18/1 18/7
give [5] 3/11 3/23 10/18 19/15 20/11
given [1] 14/24
glass [1] 5/14
go [5] 8/21 12/10 13/20 18/24 23/7
goes [4] 13/7 14/17 17/6 20/20
going [28]
Good [1] 3/22
got [9] 4/20 4/25 6/6 6/8 6/9 6/12 9/13 15/9 21/23
grabbing [1] 8/23
grabs [1] 19/21
graduated [1] 13/4
gray [6] 5/19 5/19 5/19 7/16 13/23 18/11
greenish [1] 13/23
greenish-gray [1] 13/23
ground [1] 8/4
group [2] 7/8 10/7
gun [26]
gunshot [1] 8/22 9/4 11/1 12/1
gunshots [2] 12/1 14/4

## H

had [18] 4/21 6/12 6/14 7/16 8/11 9/15 10/19 11/16 13/4 14/15 16/23 16/24 20/4 21/9 21/17 22/9 22/17 22/19
half [2] 19/25 19/25
halfway [1] 8/16
Hall [1] 2/17
hand [11] 6/10 6/11 8/7 8/8 9/15 9/24 17/19

18/10 19/4 20/2 21/2
hands [2] 8/24 14/16
happened [9] 4/3 4/4 4/10 6/1 6/4 7/8 9/12 10/9 11/17
happening [1] 15/12
hard [1] 23/5
has [12] 9/7 10/4 12/3 14/6 15/22 17/3 17/5 17/19 18/10 19/19 20/14 20/25
hassled [1] 11/24
hat [5] 6/14 6/16 6/18 18/14 22/4
have [24]
having [2] 4/6 12/21
he [130]
He'll [1] 13/4
he's [1] 19/5
head [2] 18/15 18/21
hear [43]
heard [6] 4/14 7/22 7/23 8/25 12/1 12/21
hearing [3] 4/6 4/16 16/5
helicopter [1] 4/20
here [4] 10/25 11/18 21/14 23/6
here's [1] 7/14
hereby [1] 23/15
high [3] 13/4 13/5 13/11
higher [1] 14/18
Hills [1] 2/7
him [15] 7/25 8/3 8/10 9/19 9/20 9/24 10/20 13/13 18/4 18/22 19/6 20/19 21/4 21/10 21/23
hip [1] 22/9
his [67]
hit [3] 19/14 21/8 22/6
hits [1] 17/2
hold [1] 7/19
homicide [1] 13/14
Honor [5] 3/21 13/6 13/6 16/11 16/18
HONORABLE [1] 1/5
house [1] 13/10
how [2] 11/25 22/15

## I

I'll [4] 4/8 5/21 6/19 11/20
I'm [4] 3/23 9/14 12/16 23/4
identified [1] 16/23
IDOL [2] 10/14 10/20
if [9] 4/6 10/19 11/16 14/10 15/21 15/24 19/13 20/12 22/4
II [1] 13/16
III [1] 13/14
immediate [4] 7/23 10/14 10/16 22/18
immediately [3] 9/8 9/20 12/4
impact [1] 7/24
important [1] 7/8
improper [2] 11/19 16/11
in [87]
inch [1] 19/25
inches [2] 19/25 20/1
incident [6] 4/3 15/15 16/1 16/3 21/20 23/2
including [2] 5/22 9/2
Inclusive [1] 1/11
indicated [2] 12/16 13/18
informed [1] 4/16
initially [1] 18/22
instantly [1] 14/8
instrumentalities [1] 14/21
intends [1] 18/23
into [16] 5/2 7/5 7/19 8/15 8/16 10/6 16/15 17/7 18/3 18/13 20/7
introduce [1] 3/12
investigation [2] 10/1 15/6
involved [4] 4/17 6/15 13/24 14/3
is [76]

issue [2] 13/7 16/8
it [34]
it's [12] 3/9 3/13 6/21 8/17 12/20 14/3 14/10 16/2 19/24 19/24 19/25 23/3

## J

Jack [7] 5/3 5/3 5/5 5/7 12/9 15/8 17/8
JANUARY [2] 1/18 3/1
jaunt [1] 19/15
Jeff [1] 12/17
job [1] 12/4
join [1] 14/12
JUDGE [2] 1/5 3/22
Judge Wilson [1] 3/22
JULIO [4] 1/10 12/2 12/17 13/13
jury [2] 3/6 3/7
just [12] 3/9 3/23 4/6 5/12 6/20 7/3 13/24 14/6 15/5 15/22 16/16 19/18
justify [1] 10/17

## K

keep [3] 4/8 15/1 23/8
kicked [2] 10/10 21/25
kind [3] 5/8 12/19 13/10
knees [1] 8/24
knew [3] 17/13 19/14 19/17
know [4] 12/21 13/1 19/13 20/8
knowing [1] 11/24
known [1] 18/4

## L

la [1] 13/12
lacity.org [2] 2/19 2/20
ladies [2] 3/22 9/23
lag [1] 21/10
LAPD [2] 4/13 12/2
largely [1] 14/25
larger [1] 14/18
last [4] 6/3 10/7 16/5 16/7
later [5] 5/1 5/2 6/20 16/2 19/9
LAW [1] 2/6
lawyers [1] 3/15
lead [1] 19/7
learn [1] 14/22
least [1] 6/5
led [2] 14/23 22/21
left [13] 7/5 7/24 8/11 8/14 8/21 8/23 12/11 17/1 17/7 17/17 19/5 20/15 21/1
leg [4] 5/13 8/21 8/22 8/23
legal [1] 16/15
legs [2] 7/12 7/17
length [1] 19/24
Let's [2] 23/3 23/4
lets [1] 13/1
life [4] 10/15 10/17 22/14 22/18
light [4] 5/19 14/8 17/5 17/6
light-gray [1] 5/19
lights [3] 5/1 17/2 20/16
like [5] 4/14 5/8 7/7 12/19 19/1
likely [2] 14/24 15/21
limping [1] 8/15
listen [2] 10/11 10/21
little [4] 3/23 4/6 4/7 20/23
located [1] 5/3
location [3] 12/2 12/5 13/19
locations [1] 9/4
locked [1] 8/18
long [1] 8/17
look [2] 4/2 5/15
looked [1] 9/22
looking [1] 12/20
looks [2] 7/7 19/1
LOS [10] 1/10 1/17 1/24 2/19 3/1 11/15 12/6 13/15 13/16 14/2

## L

Los Angeles [5]  11/15 12/6 13/15 13/16 14/2
lose [1]  9/7
lost [2]  9/19 18/18
lot [3]  5/3 15/12 16/6
lowered [1]  18/14
lunch [2]  23/3 23/9

## M

Main [4]  2/18 12/9 13/20 13/21
major [1]  14/3
make [9]  3/8 3/19 11/9 12/11 14/23 15/17
 15/18 22/14 23/1
makes [1]  17/17
maps [1]  12/7
marijuana [1]  13/11
MARIO [4]  1/11 12/2 12/18 13/15
marked [1]  17/1
match [1]  5/23
matching [1]  5/19
matter [3]  11/13 20/6 23/17
maximize [1]  23/5
may [5]  4/17 10/10 18/3 20/1 21/22
maybe [2]  5/1 14/10
means [1]  3/14
medical [2]  9/5 22/10
Members [1]  3/7
memory [1]  21/18
menu [2]  12/20 12/21
microphone [1]  4/7
mid [1]  22/7
mid-axillary [1]  22/7
MILLER [3]  2/16 11/12 12/17
mind [2]  3/19 22/15
minutes [3]  15/4 16/7 21/20
mixture [1]  13/11
moment [2]  5/21 6/1
Morales [1]  21/19
more [4]  4/15 6/20 9/1 20/11
morning [1]  3/22
mouth [3]  8/25 9/13 11/23
moving [1]  12/11
Mr [3]  5/18 17/22 19/17
Mr. [54]
Mr. Contreras [48]
Mr. Contreras's [3]  9/6 11/23 21/21
Mr. Galipo [2]  3/19 4/5
Mr. Miller [1]  11/12
much [1]  11/8
muffler [1]  7/4
multiple [1]  9/2
murder [1]  13/25
my [1]  4/8

## N

name [1]  13/5
named [2]  13/12 14/20
nature [1]  4/1
neck [1]  9/9
need [1]  14/9
never [5]  8/4 8/5 8/7 9/19 20/2
Newton [1]  12/5
next [3]  13/20 21/23 23/8
nice [1]  23/9
Nissan [1]  13/23
no [13]  1/9 3/11 7/22 9/24 9/24 9/24 10/3
 17/12 17/15 19/8 22/20 22/25 23/21
nobody [2]  17/15 19/17
normal [1]  22/3
north [5]  1/24 6/23 7/5 14/20 19/3
north-south [1]  14/20
not [15]  3/10 3/13 5/8 6/7 6/10 6/16 8/17
 10/8 10/20 11/17 15/24 17/22 18/20 18/21

22/4

numb [1]  8/21
numbered [2]  14/18 14/18

## O

object [1]  21/23
objection [2]  11/21 16/19
observed [2]  13/22 17/15
observing [1]  13/23
occasion [1]  16/6
occasions [1]  19/1
occurred [3]  10/24 15/5 21/18
occurs [1]  13/22
off [2]  17/24 22/4
officer [58]
officer's [1]  14/22
officers [41]
officers' [4]  6/2 12/2 15/20 20/6
OFFICES [2]  2/10 3/6
Official [1]  23/20
often [1]  14/3
Okay [1]  22/3
old [1]  7/10
on [42]
one [7]  4/15 10/5 10/25 12/8 12/14 14/17
 17/15
only [3]  10/16 12/14 16/23
onto [2]  12/11 16/22
Open [1]  3/6
opening [11]  1/20 3/8 3/10 3/10 3/11 3/20
 5/12 11/9 12/19 13/1 16/12
or [17]  4/10 5/2 6/16 6/18 7/6 7/7 7/23 11/2
 12/21 13/10 15/22 16/3 16/16 18/11 20/21
 22/14 23/6
other [13]  5/17 5/20 7/6 8/17 8/18 9/3 13/15
 16/17 18/21 21/12 21/16 22/25 23/4
out [24]
outline [1]  3/24
over [1]  6/14
overcome [1]  15/17
overview [2]  3/12 16/16

## P

p.m [3]  4/4 4/10 23/10
panicked [1]  5/25
pants [1]  5/16
paramedic [2]  10/11 10/24
paramedics [3]  21/25 21/25 22/3
parking [2]  5/2 6/21
part [6]  6/13 6/15 6/21 14/2 15/22 19/21
PARTIAL [2]  1/16 3/3
parties [1]  13/3
passenger [6]  5/11 6/7 6/8 17/10 17/11 18/8
path [2]  6/25 22/7
patrol [3]  4/12 4/13 13/17
paused [1]  20/10
people [4]  12/11 17/11 17/17 21/16
perception [1]  5/25
perhaps [2]  11/2 11/2
permission [1]  11/11
persons [2]  12/12 18/8
perspective [1]  12/24 19/13 21/17
phone [18]  7/12 7/13 7/14 7/14 7/15 7/16
 7/16 7/18 7/19 10/6 10/8 19/20 19/20 19/22
 20/2 21/21 21/24 22/1
photo [1]  6/21
photograph [1]  7/4
photographed [1]  22/2
photographs [4]  4/1 5/4 5/20 9/6
photos [2]  6/20 8/16
pick [1]  13/13

picture [1]  7/15
pictures [2]  8/24 6/23
pieing [2]  20/10 20/13
place [5]  3/13 7/19 14/25 19/16 22/1
plaintiff [9]  1/8 2/4 11/14 16/9 17/13 17/19
 17/23 18/23 22/19
play [1]  13/9
PLOWDEN [2]  2/16 12/17
pocket [7]  7/16 7/19 7/20 10/6 10/8 19/20
 19/21
point [12]  3/10 3/16 4/20 5/14 7/18 8/25 10/8
 13/3 14/13 20/20 21/12 21/16
pointed [2]  8/3 8/12
pointing [1]  9/15
police [9]  5/9 11/2 13/14 13/16 15/2 17/3
 17/13 18/6 18/16
position [1]  8/3
potential [1]  13/25
potentially [1]  15/24
practice [1]  11/2
PRESENT [2]  2/10 3/6
presented [2]  15/14 22/17
PRESIDING [1]  1/5
prevent [2]  15/17 15/19
preview [1]  12/20
prior [2]  5/12 7/22
proceeded [1]  16/22
proceedings [3]  1/16 23/10 23/17
professional [1]  22/11
promptly [1]  23/4
prove [2]  16/10 16/12
pulled [1]  5/2
pulls [1]  18/12
pumping [2]  7/12 7/17
purpose [1]  3/11
pursues [1]  18/15
pursuing [1]  6/16
pursuit [6]  8/2 15/21 17/16 18/5 18/12 18/15
pursuits [1]  15/2
pushed [1]  19/21
put [1]  7/20

## Q

Quest [1]  13/23
questions [1]  16/15
quite [1]  4/3

## R

radio [4]  13/21 14/13 15/3 21/13
ran [2]  5/24 5/25
rank [1]  13/16
rapidly [1]  16/4
rate [1]  14/14
rather [1]  12/24
reached [2]  7/19 10/6
reaching [1]  8/22
react [1]  15/13
really [1]  18/11
reason [2]  8/9 22/25
reasonable [1]  15/17
reasonableness [1]  22/21
reasonably [1]  14/23
recently [1]  13/4
recess [2]  3/5 23/3
recollections [1]  10/4
record [1]  23/16
records [1]  9/5
red [1]  17/6
relevant [1]  12/8
remember [1]  13/5
repeatedly [1]  18/5
reporter [2]  4/5 23/20

**R**

REPORTER'S [1]  1/16
represent [1]  12/17
resistance [1]  15/17
respect [1]  10/13
respectively [1]  12/4
responded [2]  12/4 21/13
result [5]  8/21 9/10 10/1 12/22 12/25
rib [1]  21/1
RICHARD [2]  2/10
ridden [1]  14/3
right [10]  7/16 10/6 13/8 16/14 19/4 19/11
 20/15 20/18 21/2 23/7
ring [1]  9/1
rival [1]  14/6
rivals [1]  14/4
ROBERT [4]  1/7 13/3 17/19 18/9
roof [1]  10/2
Room [2]  1/24 2/18
rotating [1]  20/19
roughly [1]  19/23
rounds [3]  19/8 19/8 19/12
RPR [1]  1/23
run [6]  11/23 14/19 14/20 19/15 19/18 20/5
running [13]  6/17 6/22 7/9 7/10 7/11 7/17
 7/20 8/8 8/10 17/24 18/25 19/10 19/19
runs [3]  6/19 6/19 7/4

**S**

safe [1]  15/1
safety [1]  19/17
said [1]  23/5
Savedra [9]  4/21 4/23 6/15 8/5 8/5 8/6 9/21
 14/11 18/17
saw [8]  8/7 18/17 18/22 18/24 20/2 20/3
 21/20 21/24
say [14]  6/6 6/9 6/10 6/11 6/14 6/16 6/17
 8/11 9/13 9/16 16/16 18/24 19/17 22/11
saying [3]  12/13 13/22 18/6
says [5]  6/8 11/23 18/10 19/7 19/21
scars [1]  9/7
scene [1]  21/19
school [1]  13/5
second [6]  4/20 4/21 4/25 17/5 20/10 22/14
seconds [5]  5/2 6/4 15/9 19/8 20/7
see [29]
seeing [1]  21/10
seemed [1]  16/6
sees [12]  17/11 17/18 18/8 18/8 18/9 18/13
 20/14 20/18 20/24 21/1 21/1 21/2
segmented [1]  5/8
sensation [1]  9/9
September [4]  4/3 11/16 12/23 16/1
September 3rd [3]  4/3 11/16 12/23
sequence [1]  21/16
Sergeant [1]  21/19
series [1]  22/14
setting [1]  16/4
several [2]  12/1 12/12
she [7]  21/20 21/20 21/21 21/22 21/23 21/24
 21/24
shoe [2]  5/13 5/15
shoes [2]  5/20 5/22
shooting [5]  10/5 11/6 14/5 15/23 16/5
short [2]  19/9 20/1
shot [11]  5/21 7/23 7/25 7/25 9/20 10/17
 10/20 11/24 15/10 18/20 22/9
shots [19]  4/14 4/16 4/18 6/3 7/8 7/23 7/25
 9/1 9/10 9/17 10/7 12/10 12/13 16/5 16/24
 20/20 20/21 21/4 21/5
should [2]  11/14 16/15
shouldn't [1]  16/15

show [3]  6/19 11/14 23/2
showing [6] 6/20 7/6 19/7
shown [1]  11/16
shows [1]  5/7
side [14]  3/8 3/12 5/11 6/7 6/7 6/8 17/10
 17/10 17/11 18/8 21/1 21/21 22/9 22/9
sides [1]  9/12
sidewalk [10]  6/23 6/23 7/10 7/21 8/1 8/4 8/6
 8/9 8/10 10/2
sight [3]  9/19 18/18 20/6
sirens [2]  14/15 17/2
situation [8]  10/17 10/21 13/25 14/9 15/14
 18/3 18/13 22/18
six [1]  15/5
skip [1]  19/15
skipping [1]  8/15
sliding [2]  5/11 5/14
slight [1]  21/10
slightly [1]  14/14
slow [1]  20/8
so [9]  3/11 6/22 10/21 11/25 16/20 19/2 20/5
 20/11 23/5
some [18]  3/17 4/1 4/20 5/1 5/4 5/14 6/24
 7/18 7/18 8/18 9/3 10/5 10/8 10/9 13/10
 18/15 18/19 21/20
somebody [1]  22/4
somehow [1]  4/17
something [1]  20/10
sometime [1]  4/4
somewhat [1]  20/21
somewhere [2]  20/6 22/8
sort [2]  3/12 4/6
sounded [1]  4/14
sounds [1]  11/20
south [6]  11/15 12/1 14/2 14/17 14/20 16/25
southbound [1]  14/14
southeast [1]  17/24
space [1]  20/11
Spanish [1]  12/13
speaking [1]  12/13
speed [1]  14/15
spine [2]  9/2 9/4
split [1]  22/14
split-second [1]  22/14
Spring [1]  1/24
sprint [2]  11/15 15/8
stand [1]  23/8
stands [1]  11/25
start [3]  11/25 12/12 14/6
started [2]  16/3 20/10
starting [4]  7/18 8/21 12/22 13/19
starts [1]  8/22
statement [8]  3/9 3/10 3/11 3/20 11/10 12/19
 13/1 16/13
STATEMENTS [1]  1/20
STATES [2]  1/1 1/23
steel [2]  18/10 19/23
stenographic [1]  23/16
STEPHEN [1]  1/5
still [1]  9/7
stills [1]  5/10
stop [10]  5/6 5/13 6/3 17/13 17/14 17/18 18/6
 18/6 18/16 18/16
stopped [4]  11/15 11/16 17/15 21/5
stopping [1]  8/23
street [10]  1/24 2/18 12/8 12/8 12/11 12/15
 13/19 13/20 13/21 14/19
streets [3]  14/18 14/18 14/20
struck [4]  7/25 8/14 9/1 9/7
Suddenly [1]  17/7
sued [1]  12/18
suggestion [1]  10/9
Suite [1]  2/7

summer [1]  16/2
sun [2]  16/4 16/6
supervisor [1]  21/19
sure [1]  10/8
surprise [1]  21/9
surprised [1]  20/14
suspect [4]  15/14 15/22 17/20 18/24
suspect's [1]  15/15
suspects [1]  15/1
sustain [1]  11/20
sustained [1]  16/19
SVW [1]  1/9
sweatpants [3]  5/19 5/22 7/17
sweatshirt [1]  5/19

**T**

T-1 [1]  9/3
T-2 [1]  9/3
take [1]  23/3
takes [2]  7/4 17/24
talk [1]  10/25
talking [1]  7/2
tapered [1]  20/1
tell [21]  8/9 10/15 10/18 13/4 13/9 14/1 15/15
 15/16 17/13 17/21 18/2 18/7 19/14 20/2 20/9
 20/22 21/5 21/7 21/9 21/22 22/11
temporarily [1]  18/18
ten [1]  12/3
tennis [3]  5/15 5/20 5/22
terminology [1]  3/9
terms [3]  3/24 14/21
testify [2]  19/23 21/14
testimony [3]  9/6 10/21 11/22
than [5]  4/15 12/24 14/15 18/21 22/25
Thank [4]  3/21 4/9 11/6 16/18
that [112]
that's [4]  7/3 7/24 13/2 17/24
their [14]  5/1 5/2 10/15 10/19 10/23 12/5
 14/1 17/18 21/9 21/10 21/17 21/17 22/15
 22/16
them [14]  4/14 4/21 8/5 9/14 9/16 10/20
 14/23 14/25 15/14 16/9 17/3 17/14 22/18
 22/24
then [8]  4/18 8/12 9/18 12/3 18/23 19/7
 21/24 23/7
there [11]  3/10 3/17 5/7 8/18 9/24 10/2 13/21
 20/12 20/14 21/22 21/22
there's [3]  10/9 12/14 17/7
these [3]  10/15 12/7 12/24
they [53]
they'll [1]  15/15
things [3]  4/1 15/12 23/8
think [8]  4/5 12/21 13/7 13/8 14/5 16/11
 16/14 16/15
third [1]  9/21
this [29]
those [6]  4/16 4/22 9/7 9/10 10/7 19/8
thought [1]  21/22
threat [3]  21/6 22/20 22/22
three [3]  15/4 16/7 23/6
through [5]  9/5 9/5 9/6 10/10 11/15
throwing [1]  17/15
time [22]  4/11 6/2 6/3 6/5 7/10 7/22 9/16 10/5
 10/7 11/17 13/14 15/9 15/12 16/4 16/21
 17/12 18/4 18/15 19/7 20/11 21/18 23/5
timeline [1]  7/15
times [3]  9/2 22/13 22/16
timing [1]  6/2
together [1]  4/12
told [2]  3/23 13/24
took [2]  10/7 15/9
top [1]  10/2
tossed [1]  22/5

**T**

totality [1]  22/23
towards [6]  8/4 8/7 12/10 17/24 20/16 22/10
trailing [1]  20/24
trained [2]  15/13 15/16
training [7]  10/12 10/16 10/19 14/1 14/22
14/25 22/16
transcript [3]  1/16 3/3 23/16
trash [1]  8/19
trial [3]  1/16 4/23 13/3
trouble [1]  4/6
true [1]  23/15
TRUTANICH [1]  2/15
try [2]  3/23 13/2
trying [5]  10/25 15/18 19/16 20/11 23/5
TUESDAY [2]  1/18 3/1
turn [3]  17/1 17/7 17/17
turned [5]  4/25 8/11 9/14 17/23 20/21
turning [6]  8/7 18/21 19/1 19/3 19/5 22/17
turns [2]  19/9 20/16
twilight [1]  16/4
twisted [1]  20/21
twisting [1]  19/6
two [14]  4/11 5/5 11/2 17/11 18/8 19/1 19/7
19/12 20/1 20/6 20/19 21/4 21/5 21/20
type [1]  8/18

**U**

U.S [1]  1/5
ultimately [1]  12/9
unarmed [1]  11/7
under [9]  16/10 19/5 19/10 19/11 20/3 22/3
22/6 22/6 22/22
undoubtedly [1]  22/19
unexpectedly [1]  17/7
unfolded [1]  16/21
unfolds [1]  12/22
unfortunately [2]  15/24 21/8
unholstering [1]  18/2
uniform [1]  17/2
uniformed [2]  4/13 17/4
unit [7]  4/20 4/21 4/25 14/16 16/25 17/3 17/5
UNITED [2]  1/1 1/23
units [1]  21/15
unknown [1]  22/8
unreasonably [1]  16/10
unremarkable [1]  16/3
until [2]  15/10 23/6
up [8]  4/8 4/19 7/18 9/22 13/13 14/8 19/15
20/16
upon [2]  8/20 17/23
upper [1]  20/19
urge [1]  3/18
use [4]  10/13 10/16 15/16 21/3
used [1]  11/6
using [1]  12/19
utterances [1]  14/5

**V**

van [30]
VASQUEZ [1]  2/10
vehicle [7]  4/12 14/13 17/12 17/12 17/15
17/18 18/2
vehicles [1]  5/5
verdict [1]  23/1
version [1]  9/11
versions [1]  10/24
very [3]  5/8 8/17 11/8
video [4]  5/7 5/8 5/10 5/11
viewed [1]  12/23
viewpoint [1]  18/17
violent [1]  15/24
virtue [1]  3/9

voice [2]  4/8 21/14

**W**

wait [1]  3/14
want [2]  4/6 11/24
warning [4]  7/22 9/1 10/18 11/7
was [52]
wasn't [2]  6/17 19/15
watched [1]  21/24
way [4]  5/8 14/11 22/11 22/12
we [8]  3/14 8/12 11/17 12/17 13/1 13/20 16/9
16/15
we'll [5]  12/7 13/20 15/1 15/2 23/7
we're [3]  3/7 7/1 10/24 10/25 11/4 13/18 23/8
weapon [4]  4/15 13/25 15/23 17/22
weapons [1]  17/16
wearing [6]  5/18 5/18 6/18 17/20 18/14 22/4
weather [1]  16/3
well [2]  9/22 16/14
went [1]  9/8
were [12]  4/12 4/13 4/15 4/16 6/3 8/1 14/24
15/18 17/13 21/7 21/8 22/14
west [7]  14/19 15/9 17/24 18/24 19/4 20/22
20/23
what [31]
when [17]  4/25 6/11 9/13 10/13 10/18 10/20
11/7 14/4 14/11 16/21 17/17 20/7 20/24
21/20 21/23 21/25 22/16
where [10]  5/5 5/21 7/3 7/24 9/6 10/6 14/19
20/8 21/7 21/8
which [15]  4/19 5/21 5/23 6/20 7/5 7/12 10/5
13/20 14/19 14/23 16/25 18/11 21/13 22/11
22/12
While [1]  4/13
white [2]  17/2 17/4
who [10]  6/15 9/21 12/18 13/13 13/17 18/24
21/19 21/19 23/2 23/8
whole [1]  9/9
width [1]  19/25
will [82]
WILSON [2]  1/5 3/22
wish [1]  11/9
without [2]  9/1 11/7
witness [1]  23/7
witnesses [3]  3/25 4/22 16/16
Woodland [1]  2/7
words [1]  23/4
working [1]  4/12
would [7]  7/5 10/20 11/17 12/21 14/20 22/3
22/5
wouldn't [1]  11/17
wounds [2]  9/4 11/1

**Y**

yards [1]  15/11
years [3]  7/9 12/3 12/3
yelling [1]  18/5
yells [1]  18/16
yes [1]  11/11
you [82]
you'll [17]  5/10 5/14 6/20 7/7 8/2 8/16 8/17
10/9 10/11 10/12 10/13 11/1 14/13 14/25
19/23 21/13 21/14
you're [11]  3/25 6/4 6/24 7/2 7/13 7/14 9/12
10/21 13/8 14/21 16/14
your [7]  3/21 13/6 13/6 16/11 16/18 16/19
23/5