UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | | |
|---|---|---|---|---|
| Case No. | 2:11-cv-01480-SVW-SH | | Date | September 19, 2012 |
| Title: | Robert Contreras v. City of Los Angeles et al | | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K Galipo<br>William L Schmidt<br>Thomas C. Seabaugh | Craig J Miller<br>Geoffrey Plowden |

|    | Day Court Trial | 1st | Day Jury Trial |
|---|---|---|---|
|   | One day trial:   X Begun (1st day);   Held & Continued;   X Completed by jury verdict/submitted to court. |

X   The Jury is impaneled and sworn.
X   Opening statements made by    plaintiff & defendant
X   Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
    Plaintiff(s) rest.       Defendant(s) rest.
    Closing arguments made by   plaintiff(s)   defendant(s).   Court instructs jury.
    Bailiff(s) sworn.   Jury retires to deliberate.   Jury resumes deliberations.
    Jury Verdict in favor of   plaintiff(s)   defendant(s) is read and filed.
    Jury polled.   Polling waived.
    Filed Witness & Exhibit Lists   Filed jury notes.   Filed jury instructions.
    Judgment by Court for       plaintiff(s)   defendant(s).
    Findings, Conclusions of Law & Judgment to be prepared by   plaintiff(s)   defendant(s).
    Case submitted.   Briefs to be filed by
    Motion to dismiss by       is   granted.   denied.   submitted.
    Motion for mistrial by       is   granted.   denied.   submitted.
    Motion for Judgment/Directed Verdict by   is   granted.   denied.   submitted.
    Settlement reached and placed on the record.
    Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
    Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
    Trial subpoenaed documents returned to subpoenaing party.
X   Case continued to   September 20, 2012 at 9:00 a.m.   for further trial/further jury deliberation.
X   Other: The application [190] is GRANTED to the extent that plaintiff is allowed to use the new report. Plaintiff's expert is ordered to explain the differences between the previous report and the new report. Defense counsel are allowed to cross-examine as completely as they wish. No new demonstratives shall be used. Mitigation defense for the time in prison is not allowed.

                                                                          6   :   54
                                                    Initials of Deputy Clerk   PMC

cc: