# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | 2:11-cv-01480-SVW-SH | Date | September 21, 2012 |
| Title: | Robert Contreras v. City of Los Angeles et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo<br>William L. Schmidt<br>Thomas C. Seabaugh | Craig J. Miller<br>Geoffrey Plowden |

|   | Day Court Trial | 3rd | Day Jury Trial | |
|---|---|---|---|---|
|   | One day trial: | Begun (1st day); | Held & Continued; | X Completed by jury verdict/submitted to court. |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | The Jury is impaneled and sworn. | | | | |
|   | Opening statements made by | | | | |
|   | Witnesses called, sworn and testified. | | Exhibits Identified | | Exhibits admitted. |
|   | Plaintiff(s) rest. | | Defendant(s) rest. | | |
|   | Closing arguments made by | | plaintiff(s) | defendant(s). | Court instructs jury. |
| X | Bailiff(s) sworn. | X | Jury retires to deliberate. | | Jury resumes deliberations. |
| X | Jury Verdict in favor of | X | plaintiff(s) | | defendant(s) is read and filed. |
| X | Jury polled. | | Polling waived. | | |
| X | Filed Witness & Exhibit Lists | X | Filed jury notes. | X | Filed jury instructions. |
| X | Judgment by Court for | as read on the record | X | plaintiff(s) | defendant(s). |
|   | Findings, Conclusions of Law & Judgment to be prepared by | | plaintiff(s) | defendant(s). | |
|   | Case submitted. | Briefs to be filed by | | | |
|   | Motion to dismiss by | | is | granted. | denied. submitted. |
|   | Motion for mistrial by | | is | granted. | denied. submitted. |
|   | Motion for Judgment/Directed Verdict by | | is | granted. | denied. submitted. |
|   | Settlement reached and placed on the record. | | | | |
| X | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings. | | | | |
| X | Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed. | | | | |
|   | Trial subpoenaed documents returned to subpoenaing party. | | | | |
|   | Case continued to | | for further trial/further jury deliberation. | | |
| X | Other: Filing of post-trial motions shall be no later than November 5, 2012. Oppositions are due November 13, 2012. Replies are due November 20, 2012. Hearing scheduled for December 10, 2012 at 1:30 p.m. Judgment is entered for plaintiff, but execution is stayed pending resolution of post-trial motions. The Court grants defendants a continuance up to and including November 5, 2012 to file a Motion for Judgment Notwithstanding the Verdict. | | | | |

|   | : | 36 |
|---|---|---|
|   | Initials of Deputy Clerk | PMC |

cc: