# LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:11-cv-01480-SVW-SH | Title | Robert Contreras v. City of Los Angeles et al |
|---|---|---|---|
| Judge | Stephen V. Wilson, U.S. District Judge | | |
| Dates of Trial or Hearing | 09/19-09/21 | | |
| Court Reporters or Tape No. | Deborah Gackle | | |
| Deputy Clerks | Paul M. Cruz | | |

FILED
CLERK U.S. DISTRICT COURT
SEP 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Dale K. Galipo | Craig Miller |
| William L. Schmidt | Geoffrey Plowden |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | | |

Page ____ of ____

G-65 (03/07)  LIST OF EXHIBITS AND WITNESSES  Page ____ of ____

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

William L. Schmidt. Esq. (Bar No. 206870)
bschmidt@ncinternet.net
377 W. Fallbrook, Suite 207
Fresno, California 93711
Telephone: (559) 261-2222
Facsimile: (559) 436-8163

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT CONTRERAS, | Case No. CV11-01480 SVW (SH) |
|---|---|
| Plaintiff, | *The Honorable Stephen V. Wilson* |
| vs. | **JOINT EXHIBIT LIST** |
| CITY OF LOS ANGELES; JULIO BENAVIDES; MARIO FLORES; and DOES 1-10, inclusive, | Trial Date: September 18, 2012 |
| Defendants. | |

**TO THIS HONORABLE COURT:**

Pursuant to the Local Rules of the United States District Court, Central District, Rule 9.7, the parties submit a Joint Exhibit List as follows:

| EXHIBITS | | | |
|---|---|---|---|
| No. | Description | Date Identified | Date Admitted |
| **PLAINTIFF'S EXHIBITS** | | | |
| 1 | [ID ONLY] Consultation Record from California Hospital Medical Center dated 9/04/05 by Samuel Biggers, M.D. | | |

-1-

| | **EXHIBITS** | | |
|---|---|---|---|
| No. | Description | Date Identified | Date Admitted |
| 2 | Diagram dated of injuries dated 09/03 | SEP 19 2012 | |
| 3 | [ID ONLY] California Hospital Medical Center Emergency Department Physician Record | | |
| 4 | [ID ONLY] Plaintiff's medical records from California Hospital Medical Center | | |
| 5 | [ID ONLY] Discharge Summary and Accompanying Documents from California Hospital Medical Center | | |
| 6 | [ID ONLY] Plaintiff's medical records from Rancho Los Amigos | | |
| 7 | [ID ONLY] Rule 26 Report of H. Ronald Fisk, M.D. – Original and Supplemental/Addendum | | |
| 8 | [ID ONLY] Rule 26 Report of Marianne Inouye – Original and Supplemental/Addendum | SEP 19 2012 | |
| 9 | [ID ONLY] Rule 26 Report of Elizabeth Holakiewicz – Original and pgs 7-10 19-24 Supplemental/Addendum | SEP 19 2012 | SEP 19 2012 |
| 10 | Demonstrative Evidence For Plaintiff's Experts: Medical Equipment, Anatomical Models and Photographs of Medical Equipment | SEP 19 2012 | SEP 19 2012 |
| 11 | Family Photographs; Photographs of Plaintiff before shooting  3 | SEP 20 2012 | SEP 20 2012 |
| 12 | Photographs of Plaintiff's scars 1) 4,5, 12,13 | SEP 20 2012 | SEP 20 2012 |
| 13 | RPM Nighthawk Preliminary Report dated 9/3/2005 | | |

| | | EXHIBITS | | |
|---|---|---|---|---|
| | No. | Description | Date Identified | Date Admitted |
| 3 | 14 | X-Rays of Plaintiff's injuries 1,2,3 | SEP 19 2012 | SEP 19 2012 |
| 4,5 | 15 | [ID ONLY] Rule 26 Report of Dr. Suzy Kim – Original and Supplemental/Addendum 6,16 | SEP 20 2012 | SEP 20 2012 |
| 6,7,8 | 16 | [ID ONLY] Rule 26 Report of Barbara Greenfield – Original and Supplemental/Addendum 63-87 | SEP 20 2012 | SEP 20 2012 |
| 9,10 | 17 | [ID ONLY] Rule 26 Report of Jenny McNulty – Original and Supplemental/Addendum | SEP 19 2012 | |
| 11 | 18 | Charts from Elizabeth Holakiewicz reports | SEP 19 2012 | SEP 19 2012  pg 2 |
| 12 | 19 | Charts from Marianne Inouye reports | | |
| 13 | 20 | Charts from H. Ronald Fisk, M.D. reports | | |
| 14 | 21 | Charts from Jennie McNulty reports | | |
| 15,16,17 | | EXHIBITS 22-200 RESERVED FOR PLAINTIFF | | |
| 18 | | **DEFENDANTS' EXHIBITS** | | |
| 19,20 | 314 | Medical Records Calif. Dept of Corrections (same as in first phase) | | |
| 21,22 | 315 | Medical records from Rancho Los Amigos (same as in first phase, records received as of 11/30/11) | | |
| 23 | 400 | Report and addendum from Dr. Suzy Kim | | |
| 24 | 401 | Report and addendum from Barbara Greenfield | | |
| 25 | 402 | Report and addendum from Jennie McNulty | SEP 20 2012 | SEP 20 2012 |
| 26 | 403 | Booking photo of Plaintiff dated 11/22/2002 | | |
| 27 | 404 | Report of Kris Mohandie | | |

| | | EXHIBITS | | |
|---|---|---|---|---|
| | No. | Description | Date Identified | Date Admitted |
| 3 | 405 | Police Report Montebello PD date April 5, 1999 | | |
| 4,5 | 406 | Medical Records received from Rancho Los Amigos (Received July and August 2012) | | |
| 6 | 407 | Omitted | | |
| 7,8 | 408 | Transcript and CD of Plaintiff's recorded statement dated | | |
| 9 | 409 | SCI information provided by Dr. Fisk | | |
| 10 | 410 | Booking photo of Plaintiff date 2/23/2001 | | |
| 11,12 | 411 | Toxicology results from California Hospital Medical Center | | |
| 13 | 412 | Rap Sheet of Plaintiff | | |

Plaintiff hereby reserves the right to amend, add to, or delete any of the above-listed information should it become necessary and/or for impeachment.

DATED: September 12, 2012        LAW OFFICES OF DALE K. GALIPO

By _____/s/ Dale K. Galipo_____
Dale K. Galipo
Attorneys for Plaintiff

///
///
///
///
///
///
///

-4-
JOINT EXHIBIT LIST

1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
   21800 Burbank Boulevard, Suite 310
3  Woodland Hills, California 91367
   Telephone:   (818) 347-3333
4  Facsimile:   (818) 347-4118

5  William L. Schmidt. Esq. (Bar No. 206870)
   bschmidt@ncinternet.net
6  377 W. Fallbrook, Suite 207
   Fresno, California 93711
7  Telephone:   (559) 261-2222
   Facsimile:   (559) 436-8163
8

9  Attorneys for Plaintiff

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12 | ROBERT CONTRERAS,                    | Case No. CV11-01480 SVW (SH)
13 |          Plaintiff,                  | *The Honorable Stephen V. Wilson*
14 |    vs.                               | **PLAINTIFF'S WITNESS LIST**
15 | CITY OF LOS ANGELES; JULIO           | Trial Date:   September 18, 2012
   | BENAVIDES; MARIO FLORES; and
16 | DOES 1-10, inclusive,
17 |          Defendants.
18

19

20        Pursuant to Local Rule 16-5, Plaintiff respectfully submits the following list
21 of witnesses who may be called at trial:
22      **Witnesses:**
23      1.    Robert Contreras *  SEP 2 0 2012
24      2.    Irma Payan*
25      3.    Marisol Torres*
26      4.    Myra Contreras* SEP 2 0 2012
27      5.    T.V. (minor)*
28      6.    I.R. (minor)*

| | | |
|---|---|---|
| 1 | 7. | Marianne Inouye (retained expert – economist) SEP 19 2012, SEP 20 2012 |
| 2 | 8. | Elizabeth Holakiewicz (retained expert – life care planner) SEP 19 2012 |
| 3 | 9. | H. Ronald Fisk, M.D. (retained expert –physician) SEP 19 2012 |
| 4 | 10. | Jin K. Park, M.D.* |
| 5 | 11. | Samuel Biggers, M.D.* |
| 6 | 12. | David Allan Duarte, M.D.* |
| 7 | 13. | Charles Klieman, M.D.* |
| 8 | 14. | Min-Ning Huang, M.D.* |
| 9 | 15. | Ramzi Ben Youssef, M.D.* |
| 10 | 16. | Barbara Greenfield* SEP 20 2012 |

DATED: 9/13/2012         LAW OFFICES OF DALE K. GALIPO

By_____/s/ Dale K. Galipo_____
DALE K. GALIPO
Attorneys for Plaintiff

-2-

PLAINTIFF'S PROPOSED WITNESS LIST

1  **CARMEN A. TRUTANICH**, City Attorney (SBN 86629x)
   **GARY G. GEUSS**, Chief Assistant City Attorney
2  **CORY M. BRENTE**, Assistant City Attorney
   **CRAIG J. MILLER**, Deputy City Attorney (SBN 138302)
3  200 North Main Street
   City Hall East, 6th Floor
4  Los Angeles, CA 90012
   Telephone No.: (213) 978-8722
5  Facsimile No.: (213) 978-8785
   Email: craig.miller@lacity.org
6
7  Attorneys for Defendants JULIO BENAVIDES, and MARIO FLORES

                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA

| ROBERT CONTRERAS, | Case No. CV11-01480 SVW (SHx) |
|---|---|
|  | Hon. Stephen V. Wilson; Crtm 6 |
| Plaintiff, | **DEFENDANTS' PRELIMINARY PROPOSED LIST OF WITNESSES FOR PHASE 2 OF TRIAL** |
| vs. |  |
| CITY OF LOS ANGELES; JULIO BENAVIDES; MARIO FLORES; and DOES 1 - 10, Inclusive, | PRE-TRIAL CONFERENCE AUGUST 27, 2012 |
| Defendants. | TRIAL: SEPTEMBER 18, 2012 |

TO THIS HONORABLE COURT AND PLAINTIFF AND HIS ATTORNEYS OF RECORD:

     COME NOW Defendants, MARIO FLORES AND JULIO BENAVIDES with their list of witnesses for trial for Phase 2 of trial. Defendants reserve their rights to call other witnesses for the purposes of impeachment or rebuttal.

     Defendants may need to revise this witness list based upon the court's rulings concerning motions in limine.

///
///

1

WITNESSES:

LAPD Detective Julio Benavides –involved officer in seizure of Robert Contreras

LAPD Officer Mario Flores– involved officer in seizure of Robert Contreras

Robert Contreras – Plaintiff

Edward De La Cruz – crime partner of Contreras, involved in crime of drive by shooting, was in car with Contreras on Sept. 3, 2005. Address, believed to be in California State Prison. Percipient witness to Plaintiff's life prior to September 3, 2005.

Det Kerry Young, 30612 – took statement of Contreras

Det. Brien Pogue, 30523 – took statement of Contreras

Experts:

Kris Mohandie, Ph.D.– psychologist

Dr. Suzy Kim – Specialist in Spinal Cord Injury 9-20

Barbara Greenfield – RN life care planning

Jennie McNulty – Economist SEP 20 2012

Any medical professionals from Rancho Los Amigos as needed to explain Plaintiff's condition or history, likely only arises for impeachment.

Persons from Rancho Records

| |
|---|
| April Burrell |
| Maricela Zambrana |
| Vinod Dhawan MD |
| Charlotte Sykora, Phd. |

| |
|---|
| Min-Ning Huang MD or Jacqueline Xavier PA-C |
| Irene Gilgoff and Melanie Sarno |

| |
|---|
| Olivia Hernandez |
| Valerie Burrells |
| Robert Dela Cruz |
| Ruth Hearvey |

| |
|---|
| Joesph Escudero |
| Baudelia Martinez |
| Elvia Pena |

DATED: September 7, 2012   Respectfully submitted,

CARMEN A. TRUTANICH, City Attorney
GARY GEUSS, Chief Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney


By _____/S/_____
        CRAIG J. MILLER, Deputy City Attorney
Attorneys for Defendants JULIO BENAVIDES AND MARIO FLORES