CARMEN A. TRUTANICH, City Attorney (SBN 86629x)
GARY G. GEUSS, Chief Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney
CRAIG J. MILLER, Deputy City Attorney (SBN 138302)
200 North Main Street
City Hall East, 6th Floor
Los Angeles, CA 90012
Telephone No.: (213) 978-8722
Facsimile No.: (213) 978-8785
Email: craig.miller@lacity.org

*Attorneys for Defendants* JULIO BENAVIDES and MARIO FLORES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CONTRERAS, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES, JULIO BENAVIDES; MARIO FLORES; and DOES 1 - 10, Inclusive, <br><br> Defendants. | Case No. CV11-01480 SVW (SHx) <br> *Hon. Stephen V. Wilson; Crtm 6* <br><br> **NOTICE OF APPEAL** |

**TO THIS HONORABLE COURT, THE PLAINTIFF AND HIS ATTORNEY OF RECORD:**

Notice is given that Defendants JULIO BENAVIDES and MARIO FLORES appeal to the United States District Court of Appeal for the Ninth Circuit from the Judgment entered against them on September 21, 2012, and order denying their post-trial

///
///
///

1

motions for Judgment as a Matter of Law and Motion for a New Trial entered on December 18, 2012.

DATED: January 15, 2013

CARMEN A. TRUTANICH, City Attorney
GARY GEUSS, Chief Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney

By _____
CRAIG J. MILLER, Deputy City Attorney
Attorneys for Defendants JULIO BENAVIDES and MARIO FLORES