

MAJOR,
LINDSEY
& AFRICA

LEGAL SEARCH
CONSULTANTS

COMPENSATION TRANSPARENCY

2,056 respondents answered this question. An "Open" compensation system was defined as one in which the respondent knows what every other partner makes or could easily find out such information. A "Partially Open" compensation system was defined as one in which the respondent did not know exactly what his or her partners made, but could discover ranges of compensation. A "Closed" compensation system was one in which the respondent knew only his or her own compensation. 61% (1,252) of the respondents indicated that they were in Open compensation systems, 13% (271) indicated that they were in Partially Open compensation systems, and 26% (533) indicated that they were in Closed compensation systems.

LOCKSTEP TYPE

2,016 respondents answered this question. 83% (1,671 respondents) responded that their firm's compensation was not lockstep at all. Just 2% (33 respondents) indicated that their firm's compensation was purely lockstep, and the remaining 15% (312 respondents) reported that their firm's compensation system was generally lockstep, but allowed for some variance.

TOTAL COMPENSATION

2,004 respondents answered this question. Reported compensation ranged from less than $100,000 (2 respondents) to more than $7.3 million (1 respondent). For purposes of this Report, respondents were grouped into the following categories:

**Exhibit 7.4 – Respondents by Total Compensation**



FIRM SIZE

1,998 respondents answered this question. Unlike the 2010 Survey, the 2012 Survey was targeted solely to large law firms (NLJ 350 – Global 100 – and Am Law 200-ranked). Accordingly, there were no respondents from firms smaller than 50 people.

# EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved.



*Exhibit 7.5 – Respondents by Firm Size*



*Firm PPP*

For PPP data, ALI used the most recent data available.  For Am Law firms, ALI used PPP data from the 2012 Am Law 200 rankings, and for international firms, ALI used the PPP data from 2011 Global 100 rankings.

*Exhibit 7.6 – Respondents by Firm PPP*



GENDER

1,981 respondents answered this question.  79% (1,566) identified themselves as male and 21% (415) identified themselves as female.

EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved    35



ETHNICITY

1,957 respondents answered this question.  The categories used in the Survey tracked those previously
used by the American Bar Association.  (See Appendix XII: Questionnaire).  Because of the small number
of respondents from the non-White categories, it is difficult to draw any statistically meaningful
conclusions from the responses.  Respondents included:

*Exhibit 7.7 – Respondents by Ethnicity*



NOTES

Survey participants, managing partners and other members of firm management who desire a more
detailed briefing on the results of the Survey and this Report may contact Jeffrey A. Lowe, Global
Practice Leader, Law Firm Practice, and Managing Partner, Washington, D.C., at jlowe@mlaglobal.com
or 202-628-0661. For a listing of all Major, Lindsey & Africa offices, please visit our website at
www.mlaglobal.com.

EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved



MAJOR,
LINDSEY
& AFRICA

LEGAL SEARCH
CONSULTANTS

# APPENDICES

EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved.



MAJOR, LINDSEY & AFRICA

LEGAL SEARCH CONSULTANTS

## APPENDIX I—RESPONDENT PROFILE

**Respondents by Year Graduated Law School**

|  | Frequency | Percent |
|---|---|---|
| 1950 or earlier | 1 | 0% |
| 1951-1960 | 7 | 0% |
| 1961-1970 | 52 | 3% |
| 1971-1980 | 333 | 16% |
| 1981-1990 | 588 | 28% |
| 1991-2000 | 938 | 45% |
| 2001-2010 | 145 | 7% |
| Total | 2,064 | |

**Respondents by Partnership Tenure**

|  | Frequency | Percent |
|---|---|---|
| 1 to 5 years | 558 | 27% |
| 6 to 10 years | 451 | 22% |
| 11 to 20 years | 572 | 28% |
| More than 20 years | 482 | 23% |
| Total | 2,063 | |

**Respondents by Partnership Status**

|  | Frequency | Percent |
|---|---|---|
| Equity Partner | 1,275 | 62% |
| Non-equity Partner | 786 | 38% |
| Total | 2,061 | |

**Respondents by Practice Area**

|  | Frequency | Percent |
|---|---|---|
| Litigation | 492 | 24% |
| Corporate | 359 | 17% |
| IP | 256 | 12% |
| Labor & Employment | 139 | 7% |
| Tax & ERISA | 116 | 6% |
| Real Estate | 107 | 5% |
| Other | 591 | 29% |
| Total | 2,063 | |

**Total Compensation for 2011**

|  | Frequency | Percent |
|---|---|---|
| Less than $300K | 462 | 23% |
| $300,001 to $500,000 | 607 | 30% |
| $500,001 to $1 Million | 562 | 28% |
| $1.01 Million to $1.5 Million | 200 | 10% |
| $1.51 Million + | 173 | 9% |
| Total | 2,004 | |

**Respondents by City**

|  | Frequency | Percent |
|---|---|---|
| New York, NY | 254 | 12% |
| DC / NoVA | 241 | 12% |
| Chicago, IL | 192 | 9% |
| Los Angeles, CA | 103 | 5% |
| Philadelphia, PA | 82 | 4% |
| San Francisco, CA | 81 | 4% |
| Atlanta, GA | 80 | 4% |
| Boston, MA | 63 | 3% |
| Houston, TX | 56 | 3% |
| Silicon Valley, CA | 53 | 3% |
| Dallas, TX | 36 | 2% |
| Seattle, WA | 34 | 2% |
| Other | 783 | 38% |
| Total | 2,058 | |

**Respondents by Lateral Status**

|  | Frequency | Percent |
|---|---|---|
| Laterally, as partner | 930 | 45% |
| Previously an associate at firm | 1,131 | 55% |
| Total | 2,061 | |

**Respondents by Compensation Transparency**

|  | Frequency | Percent |
|---|---|---|
| Open | 1,252 | 61% |
| Partially open | 271 | 13% |
| Closed | 533 | 26% |
| Total | 2,056 | |

**Respondents by Profits per Partner**

|  | Frequency | Percent |
|---|---|---|
| $250,001 - $500,000 | 138 | 7% |
| $500,001 - $750,000 | 473 | 24% |
| $750,001 - $1 mil | 431 | 22% |
| $1 mil - $1.25 mil | 285 | 15% |
| $1.25 mil - $1.5 mil | 290 | 15% |
| $1.5 mil - $1.75 mil | 149 | 8% |
| $1.75 mil - $2 million | 67 | 3% |
| $2 million + | 119 | 6% |
| Total | 1,952 | |

**EXHIBIT 1**

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved



**Respondents by Lockstep Type**

| | Frequency | Percent |
|---|---|---|
| Pure lockstep | 33 | 2% |
| Generally lockstep | 312 | 15% |
| My firm is not lockstep at all | 1,671 | 83% |
| Total | 2,016 | |

**Respondent Gender**

| | Frequency | Percent |
|---|---|---|
| Male | 1,566 | 79% |
| Female | 415 | 21% |
| Total | 1,981 | |

**Respondents by Firm Size**

| | Frequency | Percent |
|---|---|---|
| 51-200 attorneys | 165 | 8% |
| 201-500 attorneys | 522 | 26% |
| 501-1,000 attorneys | 818 | 41% |
| 1,000+ attorneys | 493 | 25% |
| Total | 1,998 | |

**Respondent Ethnicity**

| | Frequency | Percent |
|---|---|---|
| White, not Hispanic | 1,789 | 91% |
| Black, not Hispanic | 34 | 2% |
| Hispanic | 34 | 2% |
| Asian Pacific, not Hispanic | 75 | 4% |
| American Indian, not Hispanic | 5 | 0% |
| Mixed races | 20 | 1% |
| Total | 1,957 | |

EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved                    41







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







**EXHIBIT 1**

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved



MAJOR,
LINDSEY
& AFRICA
LEGAL SEARCH
CONSULTANTS



**Respondents by Ethnicity**

Total Respondents = 1957

EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved
46



MAJOR,
LINDSEY
& AFRICA
LEGAL SEARCH
CONSULTANTS

## APPENDIX II—AVERAGE TOTAL COMPENSATION

**Average Compensation, All Respondents = $681,000**

| Partnership Tenure | 2012 | 2010 |
|---|---|---|
| 1 to 5 years | $ 399,000 | $399,000 |
| 6 to 10 years | $ 633,000 | $564,000 |
| 11 to 20 years | $ 790,000 | $760,000 |
| More than 20 years | $ 926,000 | $908,000 |

| Partnership Status | 2012 | 2010 |
|---|---|---|
| Equity Partner | $ 896,000 | $811,000 |
| Non-equity Partner | $ 335,000 | $336,000 |

| Practice Area | 2012 | 2010 |
|---|---|---|
| Corporate | $ 847,000 | $759,000 |
| IP | $ 715,000 | $601,000 |
| Tax & ERISA | $ 662,000 | $641,000 |
| Litigation | $ 634,000 | $679,000 |
| Real Estate | $ 590,000 | $506,000 |
| Labor & Employment | $ 506,000 | $470,000 |
| Other | $ 668,000 | $616,000 |

| City | 2012 | 2010 |
|---|---|---|
| Silicon Valley, CA | $1,200,000 | n/a |
| New York, NY | $1,020,000 | $938,000 |
| DC / NoVA | $ 798,000 | $702,000 |
| Houston, TX | $ 791,000 | $704,000 |
| Boston, MA | $ 775,000 | $618,000 |
| Dallas, TX | $ 768,000 | $599,000 |
| San Francisco, CA | $ 723,000 | $667,000 |
| Atlanta, GA | $ 683,000 | $463,000 |
| Los Angeles, CA | $ 667,000 | $725,000 |
| Chicago, IL | $ 575,000 | $524,000 |
| Seattle, WA | $ 532,000 | $368,000 |
| Philadelphia, PA | $ 478,000 | $533,000 |

| Compensation Transparency | 2012 | 2010 |
|---|---|---|
| Open | $ 810,000 | $718,000 |
| Partially open | $ 515,000 | $513,000 |
| Closed | $ 465,000 | $495,000 |

| Lockstep Type | 2012 | 2010 |
|---|---|---|
| My firm is pure lockstep | $1,219,000 | $ 758,000 |
| Generally lockstep | $ 563,000 | $ 534,000 |
| My firm is not lockstep at all | $ 694,000 | $ 657,000 |

| Firm Size | 2012 | 2010 |
|---|---|---|
| 1-50 attorneys | n/a | $ 388,000 |
| 51-200 attorneys | $ 425,000 | $ 390,000 |
| 201-500 attorneys | $ 544,000 | $ 581,000 |
| 501-1,000 attorneys | $ 726,000 | $ 698,000 |
| 1,000+ attorneys | $ 844,000 | $ 881,000 |

| Profits per Partner | 2012 | 2010 |
|---|---|---|
| $250,001 - $500,000 | $ 431,000 | $ 346,000 |
| $500,001 - $750,000 | $ 432,000 | $ 526,000 |
| $750,001 - $1 mil | $ 589,000 | $ 656,000 |
| $1 mil - $1.25 mil | $ 755,000 | $ 906,000 |
| $1.25 mil - $1.5 mil | $ 923,000 | $1,143,000 |
| $1.5 mil - $1.75 mil | $ 973,000 | $1,060,000 |
| $1.75 mil - $2 million | $1,180,000 | $1,591,000 |
| $2 million + | $1,820,000 | $1,606,000 |

| Gender | 2012 | 2010 |
|---|---|---|
| Male | $ 734,000 | $ 675,000 |
| Female | $ 497,000 | $ 513,000 |

| Ethnicity | 2012 | 2010 |
|---|---|---|
| White, not Hispanic | $ 682,000 | $ 648,000 |
| Black, not Hispanic | $ 489,000 | $ 550,000 |
| Hispanic | $ 655,000 | $ 510,000 |
| Asian Pacific, not Hispanic | $ 712,000 | $ 514,000 |
| American Indian, not Hispanic | $ 860,000 | $ 425,000 |
| Mixed races | $ 670,000 | $ 542,000 |

# EXHIBIT 1







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved    48







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved.







EXHIBIT 1







**EXHIBIT 1**

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved.







EXHIBIT 1



**MAJOR,
LINDSEY
& AFRICA**

LEGAL SEARCH
CONSULTANTS

## APPENDIX III—COMPENSATION CHANGE FOR LATERAL PARTNERS

| Compensation Change (Total) | 2012 | 2010 |
|---|---|---|
| Increased | 62% | 57% |
| Decreased | 9% | 9% |
| Stayed the same | 29% | 34% |

| Increased (Females) | 2012 | 2010 |
|---|---|---|
| 10% or less | 20% | 23% |
| 11%-20% | 35% | 27% |
| 21%-30% | 16% | 20% |
| 31%-40% | 9% | 10% |
| 41%-50% | 3% | 2% |
| 51%+ | 17% | 18% |

| Compensation Change (Males) | 2012 | 2010 |
|---|---|---|
| Increased | 62% | 57% |
| Decreased | 8% | 8% |
| Stayed the same | 30% | 35% |

| Compensation Change (Females) | 2012 | 2010 |
|---|---|---|
| Increased | 61% | 56% |
| Decreased | 14% | 10% |
| Stayed the same | 25% | 34% |

| Decreased (Total) | 2012 | 2010 |
|---|---|---|
| 10% or less | 24% | 20% |
| 11%-20% | 37% | 31% |
| 21%-30% | 15% | 16% |
| 31%-40% | 11% | 15% |
| 41%-50% | 8% | 17% |
| 51%+ | 4% | 11% |

| Increased (Total) | 2012 | 2010 |
|---|---|---|
| 10% or less | 19% | 12% |
| 11%-20% | 31% | 34% |
| 21%-30% | 19% | 22% |
| 31%-40% | 11% | 10% |
| 41%-50% | 4% | 6% |
| 51%+ | 17% | 17% |

| Decreased (Males) | 2012 | 2010 |
|---|---|---|
| 10% or less | 30% | 20% |
| 11%-20% | 26% | 33% |
| 21%-30% | 14% | 16% |
| 31%-40% | 12% | 16% |
| 41%-50% | 12% | 8% |
| 51%+ | 5% | 6% |

| Increased (Males) | 2012 | 2010 |
|---|---|---|
| 10% or less | 19% | 10% |
| 11%-20% | 30% | 36% |
| 21%-30% | 20% | 22% |
| 31%-40% | 11% | 9% |
| 41%-50% | 4% | 6% |
| 51%+ | 16% | 17% |

| Decreased (Females) | 2012 | 2010 |
|---|---|---|
| 10% or less | 14% | 27% |
| 11%-20% | 57% | 27% |
| 21%-30% | 19% | 13% |
| 31%-40% | 10% | 13% |
| 41%-50% | | 7% |
| 51%+ | | 13% |

**EXHIBIT 1**

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved











EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved



**MAJOR,
LINDSEY
& AFRICA**

LEGAL SEARCH
CONSULTANTS

## APPENDIX IV—AVERAGE TOTAL ORIGINATIONS

**Average Originations, All Respondents = $1,893,000**

| Partnership Tenure | 2012 | 2010 |
|---|---|---|
| 1 to 5 years | $ 984,000 | $ 819,000 |
| 6 to 10 years | $ 1,660,000 | $ 1,578,000 |
| 11 to 20 years | $ 2,320,000 | $ 2,252,000 |
| More than 20 years | $ 2,660,000 | $ 2,978,000 |

| Partnership Status | 2012 | 2010 |
|---|---|---|
| Equity Partner | $ 2,620,000 | $ 2,489,000 |
| Non-equity Partner | $ 712,000 | $ 704,000 |

| Practice Area | 2012 | 2010 |
|---|---|---|
| Corporate | $ 2,430,000 | $ 2,205,000 |
| IP | $ 2,130,000 | $ 1,482,000 |
| Real Estate | $ 1,720,000 | $ 1,105,000 |
| Litigation | $ 1,710,000 | $ 2,361,000 |
| Labor & Employment | $ 1,370,000 | $ 1,232,000 |
| Tax & ERISA | $ 929,000 | $ 1,054,000 |
| Other | $ 1,962,000 | $ 1,800,000 |

| City | 2012 | 2010 |
|---|---|---|
| Silicon Valley, CA | $ 3,720,000 | n/a |
| New York, NY | $ 2,890,000 | $ 2,714,000 |
| Boston, MA | $ 2,340,000 | $ 1,787,000 |
| Dallas, TX | $ 2,340,000 | $ 1,854,000 |
| DC / NoVA | $ 2,320,000 | $ 2,144,000 |
| Atlanta, GA | $ 2,290,000 | $ 1,180,000 |
| San Francisco, CA | $ 2,170,000 | $ 1,921,000 |
| Houston, TX | $ 2,150,000 | $ 2,240,000 |
| Seattle, WA | $ 1,620,000 | $ 1,053,000 |
| Los Angeles, CA | $ 1,400,000 | $ 2,060,000 |
| Chicago, IL | $ 1,200,000 | $ 1,270,000 |
| Philadelphia, PA | $ 1,180,000 | $ 1,328,000 |

| Compensation Transparency | 2012 | 2010 |
|---|---|---|
| Open | $ 2,360,000 | $ 2,121,000 |
| Partially open | $ 1,380,000 | $ 1,309,000 |
| Closed | $ 1,060,000 | $ 1,389,000 |

| Lockstep Type | 2012 | 2010 |
|---|---|---|
| My firm is pure lockstep | $ 3,300,000 | $ 1,868,000 |
| Generally lockstep | $ 1,560,000 | $ 1,197,000 |
| My firm is not lockstep at all | $ 1,940,000 | $ 1,962,000 |

| Firm Size | 2012 | 2010 |
|---|---|---|
| 51-200 attorneys | $ 1,030,000 | $ 840,000 |
| 201-500 attorneys | $ 1,390,000 | $ 1,526,000 |
| 501-1,000 attorneys | $ 2,030,000 | $ 2,029,000 |
| 1,000+ attorneys | $ 2,480,000 | $ 3,045,000 |

| Profits per Partner | 2012 | 2010 |
|---|---|---|
| $250,001 - $500,000 | $ 1,100,000 | $ 834,000 |
| $500,001 - $750,000 | $ 1,250,000 | $ 1,447,000 |
| $750,001 - $1 mil | $ 1,580,000 | $ 1,925,000 |
| $1 mil - $1.25 mil | $ 2,240,000 | $ 2,914,000 |
| $1.25 mil - $1.5 mil | $ 2,560,000 | $ 3,922,000 |
| $1.5 mil - $1.75 mil | $ 2,780,000 | $ 2,923,000 |
| $1.75 mil - $2 million | $ 4,490,000 | $ 5,065,000 |
| $2 million + | $ 4,700,000 | $ 4,081,000 |

| Gender | 2012 | 2010 |
|---|---|---|
| Male | $ 2,030,000 | $ 1,998,000 |
| Female | $ 1,410,000 | $ 1,327,000 |

| Ethnicity | 2012 | 2010 |
|---|---|---|
| White, not Hispanic | $ 1,880,000 | $ 1,875,000 |
| Black, not Hispanic | $ 1,480,000 | $ 1,392,000 |
| Hispanic | $ 1,450,000 | $ 1,552,000 |
| Asian Pacific, not Hispanic | $ 2,240,000 | $ 1,263,000 |
| American Indian, not Hispanic | $ 2,130,000 | $ 850,000 |
| Mixed races | $ 2,240,000 | $ 1,159,000 |

# EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







**EXHIBIT 1**

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved



MAJOR,
LINDSEY
& AFRICA

LEGAL SEARCH
CONSULTANTS

## APPENDIX V—AVERAGE TOTAL WORKING ATTORNEY RECEIPTS

**Average Working Attorney Receipts, All Respondents = $1,070,000**

| Partnership Tenure | 2012 | 2010 |
|---|---|---|
| 1 to 5 years | $ 933,000 | $ 874,000 |
| 6 to 10 years | $1,140,000 | $1,133,000 |
| 11 to 20 years | $1,120,000 | $1,183,000 |
| More than 20 years | $1,130,000 | $1,316,000 |

| Lockstep Type | 2012 | 2010 |
|---|---|---|
| My firm is pure lockstep | $2,230,000 | $1,815,000 |
| Generally lockstep | $1,110,000 | $1,109,000 |
| My firm is not lockstep at all | $1,050,000 | $1,101,000 |

| Partnership Status | 2012 | 2010 |
|---|---|---|
| Equity Partner | $1,230,000 | $1,310,000 |
| Non-equity Partner | $ 834,000 | $ 771,000 |

| Firm Size | 2012 | 2010 |
|---|---|---|
| 51-200 attorneys | $ 667,000 | $ 678,000 |
| 201-500 attorneys | $ 835,000 | $1,016,000 |
| 501-1,000 attorneys | $1,100,000 | $1,249,000 |
| 1,000+ attorneys | $1,430,000 | $1,454,000 |

| Practice Area | 2012 | 2010 |
|---|---|---|
| Corporate | $1,260,000 | $1,221,000 |
| IP | $1,140,000 | $1,051,000 |
| Real Estate | $1,090,000 | $ 785,000 |
| Tax & ERISA | $ 968,000 | $ 981,000 |
| Litigation | $ 952,000 | $1,149,000 |
| Labor & Employment | $ 821,000 | $ 928,000 |
| Other | $1,120,000 | $1,185,000 |

| Profits per Partner | 2012 | 2010 |
|---|---|---|
| $250,001 - $500,000 | $ 662,000 | $ 633,000 |
| $500,001 - $750,000 | $ 765,000 | $ 946,000 |
| $750,001 - $1 mil | $ 997,000 | $1,175,000 |
| $1 mil - $1.25 mil | $1,140,000 | $1,613,000 |
| $1.25 mil - $1.5 mil | $1,510,000 | $1,587,000 |
| $1.5 mil - $1.75 mil | $1,720,000 | $2,010,000 |
| $1.75 mil - $2 million | $1,750,000 | $1,575,000 |
| $2 million + | $2,220,000 | $2,611,000 |

| City | 2012 | 2010 |
|---|---|---|
| New York, NY | $1,550,000 | $1,727,000 |
| Silicon Valley, CA | $1,540,000 | n/a |
| Boston, MA | $1,380,000 | $1,159,000 |
| San Francisco, CA | $1,340,000 | $1,234,000 |
| Washington, DC/NoVA | $1,270,000 | $1,175,000 |
| Atlanta, GA | $1,130,000 | $ 788,000 |
| Los Angeles, CA | $1,120,000 | $1,284,000 |
| Chicago, IL | $1,070,000 | $ 962,000 |
| Dallas, TX | $ 962,000 | $ 885,000 |
| Houston, TX | $ 912,000 | $ 959,000 |
| Philadelphia, PA | $ 851,000 | $1,078,000 |
| Seattle, WA | $ 840,000 | $ 618,000 |

| Gender | 2012 | 2010 |
|---|---|---|
| Male | $1,120,000 | $1,115,000 |
| Female | $ 906,000 | $1,065,000 |

| Ethnicity | 2012 | 2010 |
|---|---|---|
| White, not Hispanic | $1,060,000 | $1,122,000 |
| Black, not Hispanic | $1,110,000 | $ 937,000 |
| Hispanic | $ 963,000 | $ 770,000 |
| Asian Pacific, not Hispanic | $1,290,000 | $1,053,000 |
| American Indian, not Hispanic | $1,390,000 | $1,000,000 |
| Mixed races | $1,240,000 | $1,014,000 |

| Compensation Transparency | 2012 | 2010 |
|---|---|---|
| Open | $1,140,000 | $1,212,000 |
| Partially open | $1,030,000 | $ 963,000 |
| Closed | $ 960,000 | $ 941,000 |

# EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







**EXHIBIT 1**

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved



MAJOR,
LINDSEY
& AFRICA
LEGAL SEARCH
CONSULTANTS



**Average WAR by Firm Size**



**Average WAR by Firm PPP**

EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved



MAJOR,
LINDSEY
& AFRICA

LEGAL SEARCH
CONSULTANTS

## APPENDIX VI—AVERAGE BILLING RATES

**Average Billing Rates, All Respondents: $584**

| Partnership Tenure | 2012 | 2010 |
|---|---|---|
| 1 to 5 years | $510 | $498 |
| 6 to 10 years | $582 | $531 |
| 11 to 20 years | $602 | $578 |
| More than 20 years | $650 | $630 |

| Lockstep Type | 2012 | 2010 |
|---|---|---|
| My firm is pure lockstep | $814 | $607 |
| Generally lockstep | $555 | $543 |
| My firm is not lockstep at all | $585 | $557 |

| Partnership Status | 2012 | 2010 |
|---|---|---|
| Equity Partner | $632 | $591 |
| Non-equity Partner | $506 | $491 |

| Firm Size | 2012 | 2010 |
|---|---|---|
| 51-200 attorneys | $442 | $436 |
| 201-500 attorneys | $495 | $519 |
| 501-1,000 attorneys | $604 | $605 |
| 1,000+ attorneys | $695 | $666 |

| Practice Area | 2012 | 2010 |
|---|---|---|
| Corporate | $671 | $614 |
| Tax & ERISA | $629 | $615 |
| IP | $601 | $560 |
| Real Estate | $565 | $522 |
| Litigation | $537 | $541 |
| Labor & Employment | $473 | $462 |
| Other | $596 | $542 |

| Profits per Partner | 2012 | 2010 |
|---|---|---|
| $250,001 - $500,000 | $432 | $419 |
| $500,001 - $750,000 | $464 | $512 |
| $750,001 - $1 mil | $590 | $608 |
| $1 mil - $1.25 mil | $655 | $675 |
| $1.25 mil - $1.5 mil | $704 | $709 |
| $1.5 mil - $1.75 mil | $772 | $740 |
| $1.75 mil - $2 million | $764 | $837 |
| $2 million + | $883 | $797 |

| City | 2012 | 2010 |
|---|---|---|
| New York, NY | $760 | $700 |
| Silicon Valley, CA | $732 | n/a |
| Boston, MA | $687 | $590 |
| Washington, DC/NoVA | $662 | $608 |
| San Francisco, CA | $622 | $597 |
| Houston, TX | $607 | $571 |
| Dallas, TX | $602 | $529 |
| Chicago, IL | $586 | $518 |
| Los Angeles, CA | $584 | $587 |
| Atlanta, GA | $560 | $458 |
| Philadelphia, PA | $511 | $516 |
| Seattle, WA | $490 | $420 |

| Gender | 2012 | 2010 |
|---|---|---|
| Male | $598 | $564 |
| Female | $533 | $523 |

| Ethnicity | 2012 | 2010 |
|---|---|---|
| White, not Hispanic | $580 | $557 |
| Black, not Hispanic | $531 | $543 |
| Hispanic | $563 | $518 |
| Asian Pacific, not Hispanic | $651 | $532 |
| American Indian, not Hispanic | $778 | $613 |
| Mixed races | $650 | $532 |

| Compensation Transparency | 2012 | 2010 |
|---|---|---|
| Open | $610 | $574 |
| Partially open | $563 | $536 |
| Closed | $536 | $510 |

# EXHIBIT 1

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved.