UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CONTRERAS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LOS ANGELES; JULIO BENAVIDES; MARIO FLORES; and DOES 1 - 10, Inclusive,<br><br>　　　　　Defendants. | **Case No. 2:11–CV-1480 SVW (SHx)**<br>*Hon. Stephen V. Wilson; Crtm 6*<br><br>**ORDER RE STAY OF EXECUTION OF JUDGMENT [250] [251]** |

　　The defendants having deposited $8,283,612.88 on June 3, 2013 as security for satisfaction of judgment as instructed in the Court's Order of May 20, 2013, and filed a Notice of Cash Deposit and

　　GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED:

　　The Court hereby grants Defendants' request for stay of the execution of the judgment pending the outcome of the appeal.

DATED: June 4, 2013　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　THE HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1