UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 17 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT CONTRERAS,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>CITY OF LOS ANGELES,<br><br>        Defendant,<br><br> and<br><br>JULIO BENAVIDES and MARIO FLORES,<br><br>        Defendants - Appellants. | No. 13-55100<br><br>D.C. No. 2:11-cv-01480-SVW-SH<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |
| ROBERT CONTRERAS,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>CITY OF LOS ANGELES; et al.,<br><br>        Defendants - Appellants. | No. 13-55692<br><br>D.C. No. 2:11-cv-01480-SVW-SH<br>U.S. District Court for Central California, Los Angeles |

    The judgment of this Court, entered February 20, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Craig Westbrooke
Deputy Clerk