LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

William L. Schmidt. Esq. (Bar No. 206870)
legal.schmidt@gmail.com
377 W. Fallbrook, Suite 205
Fresno, California 93711
Telephone: (559) 261-2222
Facsimile: (559) 436-8163

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CONTRERAS<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; JULIO BENAVIDES; MARIO FLORES; and DOES 1-10, inclusive,<br><br>Defendants | Case No. CV11-01480 SVW (SH)<br><br>*Honorable Stephen V. Wilson*<br><br>STIPULATION REGARDING DISBURSEMENT |

COME NOW THE PARTIES through their counsel of record and stipulate as follows.

1. On September 21, 2012, a jury awarded Plaintiff $5,725,000.00 in damages. On March 28, 2013, this Court awarded Plaintiff $892,550.00 in attorneys' fees and costs pursuant to 42 U.S.C. § 1988. In addition, the Clerk of the Court awarded Plaintiff $9,340.30 in costs, as authorized by this Court's local rules. In total, the Court after jury trial found Defendants liable to Plaintiff in the

total amount of $6,626,890.30. The Court directed Defendants to post a supersedeas bond in the amount of $8,283,612.88 to secure Plaintiff with respect to interest, costs, and attorneys' fees on appeal (Doc. No. 249).

2. The weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System for the calendar week preceding the date of each award is set forth below. *See*, *generally*, 18 U.S.C. § 3612; 40 U.S.C § 258(e)(1). Interest shall be calculated by the Clerk based on the following, and shall be compounded annually:

| Amount | Date | Interest Rate | Interest |
|---|---|---|---|
| $5,725,000.00 | September 21, 2012 | 0.18 | |
| $892,550.00 | March 28, 2013 | 0.14 | |
| $9,340.30 | March 21, 2013 | 0.15 | |
| | | Total Interest: | |

3. The parties have also settled the attorneys' fees owed on appeal for the total amount of $230,000.00, and that amount has been approved by the City Council and Mayor.

4. Accordingly, the parties stipulate that the amount of $6,626,890.30, plus accrued post-judgment interest calculated by the Clerk, plus $230,000.00 can be disbursed to Plaintiff and his attorneys. The balance must be paid to the City of Los Angeles.

5. The parties jointly request that the Court enter an order consistent with this stipulation. Specifically, the parties request that from the supersedeas bond, the Clerk be directed to prepare (1) a draft in the amount of $6,626,890.30, plus accrued post-judgment interest calculated by the Clerk, plus $230,000.00, payable to The Law Offices of Dale K. Galipo Client Trust Account, to be delivered to The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard Suite 310, Woodland Hills, CA 91367; and (2) a draft for the remainder of the bond

payable to the City of Los Angeles, to be delivered to Craig Miller, Office of the City Attorney, 200 N. Main St., Sixth Floor, Los Angeles, CA 90012.

      Respectfully Submitted,

DATED: March 25, 2016      LAW OFFICES OF DALE K. GALIPO

By    /s/ Dale K. Galipo
Dale K. Galipo
*Attorneys for Plaintiff*

DATED: March 30, 2016

By    s/ Craig Miller
Craig Miller
*Attorneys for Defendants*

-3-    Case No. CV11-01480 SVW (SH)
[PROPOSED] ORDER